JULIA M. JAYNE (State Bar No. 202753)
E-Mail: *julia@jaynelawgroup.com*
JAYNE LAW GROUP, P.C.
483 9th Street, Suite 200
Oakland, California 94607
Telephone: (415) 623-3600
Facsimile: (415) 623-3605

Attorneys for Defendant
MICHAEL KAIL

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>MICHAEL KAIL et al,<br><br>Defendant. | Case No. CR 18-00172 BLF<br><br>**MOTION AND [PROPOSED] ORDER AUTHORIZING SUBSTITUTION OF COUNSEL ON BEHALF OF MICHAEL KAIL** |

Defendant Michael Kail hereby requests the Court to authorize the substitution of attorney Julia M. Jayne of Jayne Law Group, P.C. in place of attorney Joseph Ainley.

Pursuant to such substitution, Michael Kail hereby requests that all notices, filings, and other documents in this action be served on the following counsel:

| | |
|---|---|
| JULIA M. JAYNE<br>483 9th Street, Suite 200<br>Oakland, California 94607<br>Telephone: (415) 623-3600<br>Facsimile: (415) 623-3605<br>Email: julia@jaynelawgroup.com | ASHLEY RISER<br>483 9th Street, Suite 200<br>Oakland, California 94607<br>Telephone: (510) 833-0250<br>Facsimile: (415) 623-3605<br>Email: ashley@jaynelawgroup.com |

Please update service lists, and direct all future filings, discovery and correspondence to

**MOT. & [PROPOSED] ORDER AUTHORIZING SUBSTITUTION OF COUNSEL, CASE CR 18-00712 BLF**

Julia Jayne and Ashley Riser.

Additionally, Government counsel does not object to the February 6, 2020 pretrial conference date being converted to a status conference in light of the substitution of counsel.

The undersigned parties consent to the above substitution of counsel.

DATED: January 28, 2020  By: _____
MICHAEL KAIL

DATED: January 28, 2020

By: _____/s/_____
JULIA JAYNE
Jayne Law Group, P.C.

### [PROPOSED] ORDER

The above substitution of counsel is approved and IT IS SO ORDERED.

Additionally, February [6], 2020 is hereby converted to a status conference date.

DATED: _____
HONORABLE BETH LABSON FREEMAN
UNITED STATES DISTRICT COURT JUDGE

**MOT. & [PROPOSED] ORDER AUTHORIZING SUBSTITUTION OF COUNSEL, CASE CR 18-00712 BLF**

LAW OFFICES
JAYNE LAW GROUP, P.C.
483 9TH STREET, SUITE 200
OAKLAND, CALIFORNIA 94607