JULIA M. JAYNE (State Bar No. 202753)
E-Mail: *julia@jaynelawgroup.com*
JAYNE LAW GROUP, P.C.
483 9th Street, Suite 200
Oakland, California 94607
Telephone: (415) 623-3600
Facsimile: (415) 623-3605

Attorneys for Defendant
MICHAEL KAIL

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN JOSE DIVISION

| UNITED STATES OF AMERICA, | Case No. CR 18-00172 BLF |
|---|---|
| Plaintiff, | **DEFENDANT'S STATEMENT RE GOVERNMENT'S MOTION IN LIMINE NO. 1 TO EXCLUDE EVIDENCE NOT YET PRODUCED** |
| v. | |
| MICHAEL KAIL et al, | Pretrial Conference: January 14, 2021 |
| Defendant. | Time: 1:30 p.m. |
| | Dept: Courtroom 3 |
| | Judge: Hon. Beth L. Freeman |
| | Trial Date: February 22, 2021 |

The government has moved to exclude any case-in-chief evidence not disclosed by Mr. Kail pursuant to Rule 16 as of the date of the motion filing. Mr. Kail has no quarrel with Rule 16 and will continue to provide any documents or evidence obtained in the course of investigation leading up to or during trial. He expects the government to do the same as it interviews and prepares its witnesses.

Specifically, Mr. Kail has repeatedly identified missing discovery and accordingly received the government's response or production, but expects the government to continue to disclose all Rule 16 evidence in its possession, as well as all materials which are discoverable pursuant to other statutes and case law, in particular, *Brady v. Maryland*, 473 U.S. 667 (1985), *Giglio v.*

**STATEMENT RE GOVERNMENT'S MIL #1,  CASE CR 18-0172 BLF**

*United States*, 405 U.S. 150 (1972), and the *Jencks* Act (18 U.S.C. § 3500). Mr. Kail has also moved to compel disclosure of grand jury materials (Dkt. 79).

Finally, Mr. Kail has reserved his right to supplement his exhibit and witness list exchanged on October 22, 2020.

Dated: January 7, 2021                           Respectfully submitted,

                                                 JAYNE LAW GROUP, P.C.

                                                 By:        /s/ *Julia Jayne*
                                                           Julia Jayne
                                                           Attorneys for MICHAEL KAIL

**STATEMENT RE GOVERNMENT'S MIL # 1 CASE CR 18-0172 BLF**

2