*United States of America v. Michael Kail*, 5:18-cr-00172-BLF
**Government Trial Exhibit List**

| No. | Description | Bates No. | I.D. | Off. | Adm. |
|---|---|---|---|---|---|
| 1 | Netflix "Culture Deck" | NETFLIX-G00001417-1540 | | | |
| 2 | Netflix "Welcome" Slideshow | NETFLIX-G00001314-1348 | | | |
| 3 | Netflix Code of Ethics | NETFLIX-G00000924-925 | | | |
| 4 | Signed Offer Letter, Netflix/Michael Kail June 1, 2011 | NETFLIX-G00001096 | | | |
| 5 | Netflix Emails dated 12/13/2011 and 12/23/2012 Subject "Important Reminder Notice Regarding Netflix Policies" | NETFLIX-G00001308-1313 | | | |
| 6 | Email 10/31/2011 Hastings to Netflix re: Mike Kail Promoted to Vice President of IT Operations | NETFLIX005274 | | | |
| 7 | 2011-2013 Forms W-2 for Mike Kail from Netflix, Inc. | NETFLIX_G00001240; NETFLIX_G00001198; NETFLIX_G00001223 | | | |
| 8 | 2014 Form W-2 for Mike Kail from Netflix | SW-1B17-00087 | | | |
| 9 | 360 Reviews for Michael Kail | NETFLIX-G00001101-1119 | | | |
| 10 | Email Hasteer to Kail March 25, 2014 Re: 360 Feedback | NETFLIX-G00002375 | | | |
| 11 | Email Kail to Liu Subj: Re: Your Interview with Jake Vargas tomorrow | NETFLIX-G00009554-56 | | | |
| 12 | Email March 25, 2014 Reed Hastings to Kail re: sunshine | NETFLIX-G00001307 | | | |
| 13 | Email Responses March 25, 2014 Reed Hastings to Kail re: sunshine | NETFLIX-G00001362 | | | |
| 14 | Netflix Topic Tracker | NETFLIX-G00012971 | | | |
| 15 | Confirmation of Exercise, Netflix, Inc. 1/25/2013 | SW-1B13-00336-338 | | | |
| 16 | Email dated 1/23/2014 Kail to Hastings Subj. Culture Deck Update with Attachment | NETFLIX-G00011190-11316 | | | |
| 101 | Form W-9 for Netenrich, Inc. | NETFLIX-G00001542 | | | |
| 102 | 2012 Form 1099-MISC from Netenrich to Michael D. Kail $1,612.00 | CPA00790 | | | |

| No. | Description | Bates No. | I.D. | Off. | Adm. |
|---|---|---|---|---|---|
| 103 | 2012 Form 1099-MISC from Netenrich to Unix Mercenary, LLC $69,083.80 | CPA00790 | | | |
| 104 | 2013 Form 1099-MISC from Netenrich to Unix Mercenary, LLC $112,339.21 | CPA00207 | | | |
| 105 | 2014 Form 1099-MISC from Netenrich to Unix Mercenary, LLC $93,458.70 | CPA00479 | | | |
| 106 | Email 1/17/2012 Varma Kunaparaju to Kail re: contact info | NETFLIX-G00000003 | | | |
| 107 | NetEnrich Sales Representative Sales Representative Agreement dated 2/5/2012 | NET000303-304 | | | |
| 108 | Email Kunaparaju to Kail re NetEnrich – Advisor Agreement – Mike.doc | NETFLIX-G00010844 | | | |
| 109 | Email Kail to Streaming AP July 30, 2012 Subj: June payment to NetEnrich? | NETFLIX-G00000276 | | | |
| 110 | NetEnrich 2012 Statement of Work | NETFLIX-G00010785-10786 | | | |
| 111 | NetEnrich Master Service Agreement | NETFLIX-G00000014-21 | | | |
| 112 | Email 4/13/2012 re: Referral Partner March Monthly Statement | NET000335-336 | | | |
| 113 | Email Kail/Kamath April 18, 2012 re: Emergency DBA? | NETFLIX-G0000059-60 | | | |
| 114 | Email La to Kamath re: Netenrich Resumes 2/29/2012 | NETFLIX0G00010786-91 | | | |
| 115 | Netenrich Commissions to "Mike" spreadsheet | NET000464-465 | | | |
| 117 | Email to Kail May 4, 2012 Subj: Hi, Raghu from NetEnrich has arrived at Lobby A to meet with you | NETFLIX-G00000094 | | | |
| 118 | Email May 15, 2012 Jackie Duong to Raghu Kamath re: Invoice for April 2012 | NET001194-95 | | | |
| 119 | Email May 29, 2012 Kamath and Kail | NET000322 | | | |
| 120 | Email August 6, 2012 Kail and Ignacio re: June Payment to NetEnrich? | NETFLIX-G00000286-287 | | | |
| 121 | Email Kail to Streaming AP August 6, 2012 Re: June payment to NetEnrich? (need payment approval) | NETFLIX-G00000303 | | | |

2

| No. | Description | Bates No. | I.D. | Off. | Adm. |
|---|---|---|---|---|---|
| 122 | Email January 10, 2013, Kunaparaju to Kail Re: Dnyanesh | NETFLIX-G00000415-17 | | | |
| 123 | Invoices – Netenrich to Netflix | NETFLIX-G00001253-55; NETFLIX-G00001257-62; NETFLIX-G00000991-95; NETFLIX-G00001263-64; NETFLIX-G00000996-97; NETFLIX-G00001265-66; NETFLIX-G00000998-99; NETFLIX-G00001267-70; NETFLIX-G00001272; NETFLIX-G00001000; NETFLIX-G00001273-74; NETFLIX-G00001001-3; NETFLIX-G00001005; NETFLIX-G0000100595; NETFLIX-G00000594; NETFLIX-G00000747-48; NETFLIX-G00000750-51; NETFLIX-G0000744-745; NETFLIX-G00000737; NETFLIX-G00000736; NETFLIX-G0000772-73; NETFLIX-G00000955-56; NETFLIX-G00000769-70; NETFLIX-G00000759-60; NETFLIX-G00000757; NETFLIX-G00000756; NETFLIX-G0000753-54; NETFLIX-G00000941-48; NETFLIX-G00001360-61 | | | |
| 124 | Checks from Netflix to Netenrich | NETFLIX-G00001242-1243; NETFLIX-G00001248-1251 | | | |
| 125 | Netenrich Advisor Agreement dated 5/2/2013 | NET000911-916 | | | |
| 126 | Amendment #1 to Advisor Agreement (additional 50,000 shares) dated May 3, 2013 | NET000907 | | | |
| 127 | Emails dated May 2, 2013 Kail/Kunaparaju | NETFLIX-G00000491-492 | | | |
| 128 | Email August 27, 2013 Kail to Streaming AP Fwd: Invoice for August 2013 | NETFLIX-G00001009-10 | | | |
| 129 | Email August 28, 2013 Kunaparaju to Kail Re: Both Invoices Approved | NETFLIX-G00010898 | | | |

3

| No. | Description | Bates No. | I.D. | Off. | Adm. |
|---|---|---|---|---|---|
| 130 | Email September 26, 2013 Kunaparaju to Kail Re: Both Invoices Approved | NET001348 | | | |
| 131 | Email Kail/Kunaparaju October 30, 2013 re: Narayan | NETFLIX-G00000469 | | | |
| 132 | Email Chain November 4, 2013 re: Narayan | NETFLIX-G00000467-468 | | | |
| 133 | Email Kail/Socias November 6, 2013 re: Narayan | NETFLIX-G00000695-697 | | | |
| 134 | Email Kail/Socias November 6, 2013 re: October 2013 Invoice | NETFLIX-G00000582 | | | |
| 135 | Email Kail to Streaming AP November 21, 2013 Subj: Invoice for November 2013 | NETFLIX-G00001019-20 | | | |
| 136 | Email December 4, 2013 re: November invoice? | NETFLIX-G00000560-562 | | | |
| 137 | Email December 27, 2013 Kail to Accounts Receivable | NETFLIX-G00000932-33 | | | |
| 138 | Email January 1, 2014 re: December 2013 Invoice | NETFLIX-G00000547 | | | |
| 139 | Email January 1, 2014 RE: Commissions | NETFLIX-G00000704-5 | | | |
| 140 | Email January 31, 2014 re: Commissions | NETFLIX-G00000542 | | | |
| 141 | Emails February 2, 2014 re: Commissions | NETFLIX00000539-540 | | | |
| 142 | Email February 5, 2014 Kail to Penmetsa Re: Invoice for January 2014 | NETFLIX-G00000545-546 | | | |
| 143 | Email March 1, 2014 Kail to Accounts Receivable Subj: Invoice for February 2014 | NETFLIX-G00000952-53 | | | |
| 144 | Email March 1, 2014 Penmetsa and Kail Subj: Invoice | NETFLIX-G00000725 | | | |
| 145 | Email Penmetsa and Kail March 7, 2014 re: Invoice | NETFLIX-G00000723-24 | | | |
| 146 | Email March 14, 2014 re: Invoice | NETFLIX-G00000598-602 | | | |
| 147 | Email April 2, 2014 Kail to Penmetsa re: Commission statements | NETFLIX-G00010995 | | | |
| 148 | Email 4/1/2014 Kail and Sundholm Re: Invoice for March 2014 | NETFLIX-G0000519-20 | | | |
| 149 | NetEnrich Check/Cash Payment Request Form dated 5/01/2014 | NET000676 | | | |
| 150 | Netenrich, Inc. Receipt | SW-1B13-00367 | | | |
| 151 | Email October 11, 2012 Kail to Slaten Re: Personal Email | NETFLIX-G00009576-77 | | | |
| 152 | Email 8/29/2011 Kail to Liu re Raju Nalli Feedback | NETFLIX-G00009588 | | | |

4

| No. | Description | Bates No. | I.D. | Off. | Adm. |
|---|---|---|---|---|---|
| 153 | Email 2/18/2014 Kail to Tozin re: Rahul Padigela feedback | NETFLIX-G00009408 | | | |
| 201 | Form W-9 for VistaraIT LLC | NETFLIX-G00001543 | | | |
| 202 | 2012 1099-MISC VistaraIT to Kail $5,200 | CPA00789 | | | |
| 203 | 2012 1099-MISC VistaraIT to Unix Mercenary $27,750 | CPA00789 | | | |
| 204 | 2013 Form 1099-MISC VistaraIT to Unix Mercenary | NET001907 | | | |
| 205 | 2014 1099-MISC for VistaraIT Payments to Unix Mercenary $79762.50 | CPA00488 | | | |
| 206 | Email Kail to Sundholm June 18, 2012 Fwd: Fully Executed Agreement – VistaraIT & Netflix | NETFLIX-G00000183-85 | | | |
| 207 | Email Kail to Sundholm June 18, 2012 Fwd: Fully Executed Agreement – VistaraIT & Netflix | NETFLIX-G00000188-89 | | | |
| 208 | Email June 10, 2012 Kunaparaju to Kail re Netflix_VistaraIT-SOW_Final.docx | NETFLIX-G00000099 | | | |
| 209 | Vistara Netflix Technology Proposal | NETFLIX-G00000152-159 | | | |
| 210 | Email June 11, 2012 re: Fully Executed Agreement – VistaraIT & Netflix | NETFLIX-G00000220-221 | | | |
| 211 | Vistara Order Form 2/3/2014 | VIS01438-1439 | | | |
| 212 | Emails 6/26/2012 Sundholm/Duong | NETFLIX-G00000252-254 | | | |
| 213 | Email Kail to De La Rosa July 30, 2012 FW: June $5000 payment to VIstara? | NETFLIX-G00000275 | | | |
| 214 | Email August 2, 2012 re: Vistara Device Count | NETFLIX-G00000282 | | | |
| 218 | Mail 9/17/2012 Kail/Kunaparaju re: 2 urgent topics | NETFLIX-G00000320 | | | |
| 219 | October 10, 2012 Email re: Quarter End Billing | NETFLIX-G00000349-351 | | | |
| 220 | Email November 7, 2012 re: Epic Story | NETFLIX-G00000357 | | | |
| 221 | Email 5/9/2013 re: Invoicing | NETFLIX-G00000499 | | | |
| 222 | Email 5/24/2013 re: Invoices from Vistara to NetFlix | NETFLIX-G00000487-488 | | | |
| 223 | Email dated September 3, 2013 re: Pricing G2 | NETFLIX-0025631 | | | |
| 224 | Email Kail to Ralph and Liu September 7, 2013 Re: Platfora Status? | NETFLIX-G00002565 | | | |
| 225 | Email September 18, 2013 Kail to Streaming AP Re: Vistara Invoice Payments? | NETFLIX-G00000585 | | | |

| No. | Description | Bates No. | I.D. | Off. | Adm. |
|---|---|---|---|---|---|
| 226 | Addendum 1 for Netflix Customizations dated January 30, 2014 | NETFLIX-G00000530-535 | | | |
| 227 | VistaraIT Standard Purchase Order Forms | NETFLIX-G0000202-213 | | | |
| 228 | Email Kail to Penmetsa February 20, 2014 Re: Invoice payment status (just checking) | NETFLIX-G00000716-17 | | | |
| 229 | Emails dated April 1, 2014 re: Invoice for March 2014 | NETFLIX-G00000519-520 | | | |
| 230 | Emails April 2, 2014 re: Invoice from Vistara | NETFLIX-G00000509-510 | | | |

| No. | Description | Bates No. | I.D. | Off. | Adm. |
|---|---|---|---|---|---|
| 231 | Invoices – VistaraIT to Netflix | NETFLIX-G00000169; NETFLIX-G00001275; NETFLIX-G00000988; NETFLIX-G00000960; NETFLIX-G00001276; NETFLIX-00000961; NETFLIX-G00001277; NETFLIX-G00000962; NETFLIX-G00001278; NETFLIX-G00000963; NETFLIX-G00001279; NETFLIX-G00000964; NETFLIX-G00001280; NETFLIX-G00000965; NETFLIX-G00000966; NETFLIX-G00001281; NETFLIX-G00001282; NETFLIX-G00000967; NETFLIX-G00001283; NETFLIX-G00000968; NETFLIX-G00001284; NETFLIX-G00000969; NETFLIX-G00001285; NETFLIX-G00000489-90; NETFLIX-G00000971; NETFLIX-G00001287; NETFLIX-G00000592; NETFLIX-G00000591; NETFLIX-G00001289; NETFLIX-G00000742; NETFLIX-G00000739; NETFLIX-G00000775; NETFLIX-G00000975; NETFLIX-G00000989; NETFLIX-G00000976; NETFLIX-G00000455; NETFLIX-G00000457; NETFLIX-G00000782; NETFLIX-G00000732-34; NETFLIX-G00000730; NETFLIX-G00000984-87 | | | |
| 232 | Checks from Netflix to VistaraIT | NETFLIX-G00001242; NETFLIX-G00001247 | | | |
| 233 | Vistara Books / Netenrich Books | VIS00754 | | | |
| 234 | Spreadsheet Vistara Invoices to Netflix and "Mike Commission" | VIS00098-99 | | | |

| No. | Description | Bates No. | I.D. | Off. | Adm. |
|---|---|---|---|---|---|
| 235 | Emails Telles/Sprague re: Vistara/Netflix 9/25/2014 | NETFLIX-G00001579 | | | |
| 236 | Letter Vistara to Hilary Ware re: Contract between VistaraIT, Inc. and Netflix, Inc. | NETFLIX-G00001036 | | | |
| 237 | Vistara Order Form 1/27/2014 | NETFLIX-G00000462-63 | | | |
| 238 | VistaraIT Device List for Netflix Devices | VIS000240-246 | | | |
| 301 | Platfora Summary of Transactions with Netflix | PLATGJS00002836 | | | |
| 302 | Netflix Purchase Orders- Platfora | PLATGJS00000621 | | | |
| 303 | Email Kail to Pilot re Platfora dated 11/13/2012 | NETFLIX-G0002242 | | | |
| 304 | Email Kail to Ralph re Platfora 5/10/2013 | NETFLIX-G00008981 | | | |
| 305 | Email June 20, 2013 re: Platfora NDA with comments | NETFLIX_00008846-48 | | | |
| 306 | Nondisclosure Agreement between Netflix and Platfora dated June 20, 2013 | PLATGJ00001672-1673 | | | |
| 307 | Evaluation Agreement between Netflix and Platfora dated June 26, 2013 | PLATGJ00001514-1516 | | | |
| 308 | Email Kail to Fleming re: Pros/Cons | PLATGJ00001149-1150 | | | |
| 309 | Email Rossi to Werther 8/1/2013 Re: Mike K | NETFLIX-G00011037-39 | | | |
| 310 | Emails Kail to Werther re: Thanks again 8/2/2013 | NETFLIX-G00008618-8619 | | | |
| 311 | Email Ralph and Kail re: All Good | NETFLIX-G00008623 | | | |
| 312 | Advisory Board Agreement between Kail and Platfora dated August 2, 2013 | PLATGJ00000603-608 | | | |
| 313 | Email Werther to Rossi Re: Mike Kail is now officially signed as an advisor | NETFLIX-G00011061 | | | |
| 314 | Email Kail to Werther 8/5/2013 Re: Thanks again | PLATGJS00002031-32 | | | |
| 315 | Email Werther to Kail 8/5/2013 Re: Thanks again | NETFLIX-G00008618 | | | |
| 316 | Email Werther to Dauber 8/5/2013 Re: Mike Kail question | NETFLIX-G00011148 | | | |
| 317 | Email 8/20/2013 Asher to Werther Re: Netflix Deck | NETFLIX-G00011067-70 | | | |
| 318 | Amendment 1 to Evaluation Agreement between Platfora and Netflix dated August 22, 2013 | PLATGJ00001494 | | | |
| 319 | Email Vu and Kail September 3, 2013 re: Pricing G2 | NETFLIX-G00008422 | | | |
| 320 | Email Chain re Platfora dated September 4, 2013 | NETFLIX-G00002526-2528 | | | |

| No. | Description | Bates No. | I.D. | Off. | Adm. |
|---|---|---|---|---|---|
| 321 | Email 9/6/2013 Kail/Asher/Werther re: Meeting Follow Up | NETFLIX-G-00008332 | | | |
| 322 | Email Kail to Ralph and Liu September 7, 2013 Re: Platfora Status? | NETFLIX-G00002565 | | | |
| 323 | Email Kail to Netflix employees re: Platfora @ Netflix 9/9/2013 | PLATGJ00000963 | | | |
| 324 | Email Kail to Liu re: Platfora Meeting this AM 9/12/2013 | NETFLIX-G00005859 | | | |
| 325 | 9/17/2013 Email Asher to Kail re: Order Form and License Agreement | NETFLIX-G00008159 | | | |
| 326 | Platfora Software Subscription License Agreement signed by Kail 09/19/2013 | PLATGJ00001727-1730 | | | |
| 327 | Order Form dated September 19, 2013 | PLATGJ00000893-894 | | | |
| 328 | Email Kail and Vu 09/19/2013 | NETFLIX-G00008068 | | | |
| 329 | Platfora Order Form dated September 30, 2013 | NETFLIX-G00008033 | | | |
| 330 | Email 10/8/2013 Werther to Vu Re: Launch Question | NETFLIX-G00011153-56 | | | |
| 331 | Platfora Invoices dated September 30, 2013 | PLATGJS00002837-38; PLATGJS00002843; PLATGJS00002839-41; PLATGJS00002844; PLATGJS00002842 | | | |
| 332 | Email Kail to Streaming AP Fwd: Invoice from Platfora, Inc. | NETFLIX-G00007914 | | | |
| 333 | Email Rossi to Werther December 5, 2013 re: Disney | NETFLIX-G00011065 | | | |
| 334 | Invoice Platfora to Netflix 4/25/2014 $155,000 | NETFLIX-G00007583 | | | |
| 335 | Email Sundholm to Kail April 26, 2014 Fwd: Invoice from Platfora, Inc. | NETFLIX-G00007581 | | | |
| 336 | Netflix Purchase Order for Platfora $70,000 | NETFLIX-G00008044-8049 | | | |
| 337 | Email from Ryan Balfanz to Kail/Others about Platfora | NETFLIX-G00001663-1664 | | | |
| 338 | Email Jan Krivocheia to Kail/others re: Did we signup with Platfora? | NETFLIX-G00003580 | | | |
| 339 | Email Tony Ralph to Kail re: Platfora citing Netflix prominently as a "Customer" 11/8/2013 | NETFLIX-G00003384 | | | |
| 340 | Email Kurt Brown to Kail Re: Fwd: Platfora | NETFLIX-G00002147 | | | |

9

| No. | Description | Bates No. | I.D. | Off. | Adm. |
|---|---|---|---|---|---|
| 341 | Invoice, Pine Ridge Vineyards | NETFLIX-G00007799 | | | |
| 342 | Email Chain 1/9/2014 Werther and Kail re: Platfora | NETFLIX-G00007627-7629 | | | |
| 343 | Email Kurt Brown to Kail re Platfora 1/27/2014 | NETFLIX-G00002093 | | | |
| 344 | Email chain 1/28/2014 Werther and Kail re: Platfora | NETFLIX-G00007713-7714 | | | |
| 345 | Email Denker to Asher and Werther March 10, 2014 Re: Re: Happy New Year – Looking forward to meeting tomorrow | NETFLIX-G00011125-29 | | | |
| 346 | Email 3/14/2014 Re: Invoice | NETFLIX-G00000598-602 | | | |
| 347 | Email Sylvia Sundholm to Yingkuan Liu re: Platfora Testing 3/21/2014 | NETFLIX-G00004894 | | | |
| 348 | Email 4/1/2014 Kail to Werther re: Advisory | PLATGJ00000341 | | | |
| 349 | Email 4/1/2014 Kail and Sundholm Re: Invoice for March 2014 | NETFLIX-G0000519-20 | | | |
| 350 | Letter dated 4/21/2014 Werther to Kail | PLATGJ00000564 | | | |
| 351 | Email 4/27/2014 Kail to Sundholm re: Invoice from Platfora | NETFLIX-00007579-80 | | | |
| 352 | Email 9/16/2013 Kail to Liu Re: Platfora Question (just for you) | NETFLIX-G00005852-53 | | | |
| 401 | Email Kail/Rewari December 2013 re: Thanks | NUMSUB000043-44 | | | |
| 402 | Numerify Emails 2/2/2014 | NUMSUB000068-69; NUMSUB000077 | | | |
| 403 | Numerify Advisor Agreement | NUMSUB000084-89 | | | |
| 404 | Email Febaruary 12, 2014 | NUMSUB000101 | | | |
| 405 | Agreement between Netflix and Numerify | NUMSUB000215-234 | | | |
| 406 | Emails February 23, 2014 | NUMSUB000243-247 | | | |
| 407 | Emails March 3, 2014 re: Early Exercise docs for Mike Kail | NUMSUB000355-356 | | | |
| 408 | Stock Exercise Agreement Paperwork | NUMSUB000269-292 | | | |
| 409 | Email 4/15/2014 re: Quote & logo approval | NUMSUB000310 | | | |
| 410 | Kail Email to Rewari 4/15/2014 re: Quote (revised) | NUMSUB000311 | | | |
| 411 | Email Rewari to Kail May 15, 2014 RE: Thanks and a quick update | NUMSUB000392-395 | | | |
| 412 | Email 5/15/2014 re: Thanks and a quick update | NUMSUB000396-397 | | | |

| No. | Description | Bates No. | I.D. | Off. | Adm. |
|---|---|---|---|---|---|
| 413 | NETFLIX Change Order | NUMSUB000315-317 | | | |
| 414 | Numerify Invoice | NUMSUB000320 | | | |
| 415 | Email 7/22/2014 re CIO | NUMSUB000331 | | | |
| 416 | Email 10/14/2014 re: Community Newsletter | NUMSUB000517 | | | |
| 417 | Email 10/28/2014 re: Numerify | NUMSUB000569 | | | |
| 418 | Numerify Presentation | NUMSUB000571-617 | | | |
| 419 | Email 11/02/2014 re: Numerify | NUMSUB000629-630 | | | |
| 420 | Numerify Master Subscription Agreement | NUMSUB000633-639 | | | |
| 421 | Emails 11/13/2014 re: Numerify | NUMSUB000667-669 | | | |
| 422 | Purchase Orders-Numerify | NUMSUB000315-317; NUMSUB000005 | | | |
| 451 | Netskope Consulting Agreement dated October 16, 2012 | NETSKOPE-000506-517 | | | |
| 452 | Email February 15, 2013 Kail to Beri re: February Invoice | NETSKOPE_000395 | | | |
| 453 | Email March 15, 2013 Kail to Beri re: March Invoice | NETSKOPE_000292 | | | |
| 454 | Email Kail to Beri April 6, 2013 Re; Formal Stock Option Paperwork | NETSKOPE_000290 | | | |
| 455 | Email June 20, 2013 Kail to Beri re: April 2013 invoice | NETSKOPE_000284 | | | |
| 456 | Email May 15, 2013 Kail to Beri re: May 2013 invoice | NETSKOPE_000287 | | | |
| 457 | Netskope Notice of Option Grant dated March 8, 2013 | NETSKOPE_000041-62; NETSKOPE_000420 | | | |
| 459 | Email dated 9/10/2013 re: Our 2nd Live Customer!! | NETSKOPE_000136 | | | |
| 460 | Email Kail to Beri January 7, 2014 Re: Media lunch at RSA | NETSKOPE_011315 | | | |
| 461 | Netskope Notice of Option Grant dated February 5, 2014 | NETSKOPE_000063-83 | | | |
| 462 | Email Kail to Kulkami July 5, 2014 Re: Netskope admin console errors | NETSKOPE_000569 | | | |
| 463 | Email Kail to Sundholm Fwd: Netflix Quote | NETSKOPE_000497-98 | | | |
| 464 | Netskope Order Form signed 7/9/2014 | NETSKOPE_000469-470 | | | |
| 465 | Netskope End User License Agreement 7/10/2014 | NETSKOPE_000471-473 | | | |
| 465 | Netflix Purchase Order- Netskope | NETSKOPE_000481-483 | | | |

| No. | Description | Bates No. | I.D. | Off. | Adm. |
|---|---|---|---|---|---|
| 467 | Email dated July 13, 2014 | NETSKOPE_000003 | | | |
| 468 | Email dated July 15, 2014 | NETSKOPE_000468 | | | |
| 469 | Netskope Invoice to Netflix dated 7/17/2014 $112,500 | NETSKOPE_000007 | | | |
| 470 | Netskope Order Form dated 7/17/2014 | NETSKOPE_000498 | | | |
| 471 | Email Netskope to Kail 12/5/2014 re: mike Kail – FedEx Tracking | NETSKOPE_000027 | | | |
| 472 | 12/5/2014 Email Kail to Shoker and Beri re: Option Paperwork/Exercise | NETSKOPE_000022 | | | |
| 473 | Email dated January 12, 2015 re: Option paperwork/Exercise | NETSKOPE_000019-20 | | | |
| 474 | Form 1099-MISC, Netskope, Inc. | SW-1B17-00098 | | | |
| 475 | Form 1099-MISC, Netskope (2012) | SW-1B13-00523 | | | |
| 476 | 2013 Form 1099-MISC, Netskope | SW-1B19-00440 | | | |
| 477 | 2014 Form 1099-MISC, Netskope | NETSKOPE_016169 | | | |
| 478 | Netskope 1099 Detail Chair | NETSKOPE_016168 | | | |
| 479 | Check Kail to Netskope $8,798 January 5, 2015 | NETSKOPE_000039 | | | |
| 501 | Maginatics, Inc. Advisory Board Agreement dated 4/30/2013 | EMC-KAIL-000010-17 | | | |
| 502 | Maginatics, Inc. 2010 Stock Incentive Plan Notice of Exercise and Common Stock Purchase Agreement dated 5/15/2013 | EMC-KAIL-000026-46 | | | |
| 503 | Letter Kail to Maginatics re: Election Under Section 83(b) of the Internal Revenue Code dated 5/15/2013 | EMC-KAIL-000047-51 | | | |
| 504 | Letter of Transmittal, Stock Certificates of Maginatics, Inc. | SW-1B21-00003 | | | |
| 505 | Maginatics Stock Certificates | Kail_Gmail_002334-37 | | | |
| 506 | Summary of Proceeds (Maginatics, Inc.) | SW-1B17-00107-108 | | | |
| 507 | Email Gill to Jay Kistler 04/27/2013 Re: Mike Rail at Netflix | EMC-KAIL-000192 | | | |
| 508 | Email Gill and Kail Re: Thanks! 05/19/2013 | EMC-KAIL-000219 | | | |
| 509 | Email Kail to Amarjit Gill 9/29/2013 Subj: cash flow conversation | EMC-KAIL-000103 | | | |

| No. | Description | Bates No. | I.D. | Off. | Adm. |
|---|---|---|---|---|---|
| 510 | Email Kail and Gill 12/04/2013 Re: forgot to ask | EMC-KAIL-000152 | | | |
| 511 | Email Gill to Kail 3/8/2014 Re: Follow up | EMC-KAIL-000150 | | | |
| 512 | Email 4/20/2014 Re: Update #2 | EMC-KAIL-000221-222 | | | |
| 513 | Maginatics, Inc. Vesting Schedule for Michael Kail | EMC-KAIL-000075 | | | |
| 514 | Maginatics, Inc. Exercised Vested Options for Michael Kail | EMC-KAIL-000052 | | | |
| 515 | Netflix New Vendor Set Up Form and Purchase Orders-Maginatics | EMC-KAIL-000053; EMC-KAIL-0000650 EMC-KAIL-000060-64; EMC-KAIL-000054-59 | | | |
| 516 | Maginatics Invoices to Netflix | EMC-KAIL-000070-73 | | | |
| 551 | CFTG, Inc. 2012 Stock Plan Notice of Stock Option Grant dated June 10, 2013 | DOCU-00013-27 | | | |
| 552 | CFTG, Inc. 2012 Stock Plan, signed 6/11/2013 | DOCU-00001-12 | | | |
| 553 | Docurated Terms of Agreement dated 5/30/2013 | DOCU-00053-55; 205995 | | | |
| 554 | Check for $5,880.00 dated 6/18/2013 | DOCU-00052 | | | |
| 555 | Email dated 5/31/2013 re Thank you for your time/Docurated Advisory Board | 225915 | | | |
| 556 | Strategic Advisor Agreement ($21,600) dated 6/3/2013 | DOCU-00061-79 | | | |
| 557 | Email re: FedEx Shipment 803473176483 dated 6/17/2013 | 209572-74 | | | |
| 558 | Email re: Docurated Advisor Paperwork 6/19/2013 | 212328-29 | | | |
| 559 | Strategic Advisor Agreement – Addendum dated 1/3/2014 | DOCU-00060 | | | |
| 560 | Agreement dated 3/21/2014 | 225609-225613 | | | |
| 561 | Logos of Docurated Clients | 225228 | | | |
| 562 | May 31, 2013 Email re Advisory Board | 225915 | | | |
| 563 | August 4, 2014 email re: DAM Proposal Review | 225623 | | | |
| 564 | Terms of Agreement ($120,000) signed by Kail 03/21/2014 | 225611-225613 | | | |
| 565 | February 13, 2014 Email Re: FW: Confidential: CFTG Inc. Stock Option Documents | 223089-92 | | | |

13

| No. | Description | Bates No. | I.D. | Off. | Adm. |
|---|---|---|---|---|---|
| 566 | Email September 28, 2013 Subj: Thank You! With attachment (Photograph of Antique California Map) | 225681-82 | | | |
| 567 | June 6, 2014 email from Kail, with attachment (Photograph of Dom Perignon 2004 Box) | 225558-59 | | | |
| 568 | Email June 11, 2014 Subj: Mike Kail Videos with video attachment | 225562-63 | | | |
| 601 | Netflix Purchase Orders-SumoLogic | SUMO00005952; SUMO00011021-11022 | | | |
| 602 | Email 6/8/2012 Musselman to Kail re: Meet Mike Kail | NEFTLIX006301 | | | |
| 603 | Email Kail to Loiselle dated 6/21/2012 re: Thanks for Meeting | SUMO00011934 | | | |
| 604 | Email Mussleman to Kurtic 6/28/2012 re: Proposal Status | SUMO00009490-9491 | | | |
| 605 | Sumologic Order Form effective 7/20/2012 | SUMO00005951 | | | |
| 606 | Sumo Logic Advisory Board Agreement dated 8/1/2012 | SUMO00011845-51 | | | |
| 607 | Email August 27, 2012 Kail to Kurtic re: Press release draft | SUMO00001178 | | | |
| 608 | Email 9/5/2012 Kail to Kurtic Re: Final draft | SUMO00001153 | | | |
| 609 | Email 10/23/2012 re: Mike's email address | SUMO00011769-11770 | | | |
| 610 | Email 11/02/2012 Re: API team concerns | SUMO00001023 | | | |
| 611 | Email 12/7/2012 re: Rightscale/Sumo Logic Intro | SUMO00000970 | | | |
| 612 | Email Kail to Loiselle re: Sumo Logic Advisor 1/8/2013 | SUMO00011290-11291 | | | |
| 613 | Email Kail to Musselman January 21, 2013 Subj: Meeting with CEO of FireEye | SUMO00000959 | | | |
| 614 | Email 3/21/2013 Subj: Sumo Logic performance problems | SUMO00000879 | | | |
| 615 | Email Loiselle to Kail May 22, 2013 Re: Thank You | SUMO00011104-05 | | | |
| 616 | Email Musselman to Kail June 3, 2013 Re: Pinot | SUMO00006215 | | | |
| 617 | Email 7/7/2013 Re: Thank You - Intermedia | NETFLIX000138-141 | | | |
| 618 | Email 7/12/2013 re: Please DocuSign this Document | SUMO00000692-693 | | | |
| 619 | Email Musselman to Loiselle July 12, 2013 Subj: Netflix Upgrade/Renewal Order Form | SUMO00005985 | | | |
| 620 | Email Kail to Musselman and Loiselle Re: NDA news | SUMO00000024-25 | | | |

| No. | Description | Bates No. | I.D. | Off. | Adm. |
|---|---|---|---|---|---|
| 621 | Sumologic Upgrade & Renewal Order Form effective 7/20/2013 | SUMO00005961 | | | |
| 622 | Email with Netflix, Inc. Purchase Order to Sumo Logic, Inc. dated 7/23/2013 | SUMO00011020-1026 | | | |
| 623 | Letter dated July 25, 2014 from Sayil Medina with Notice of Stock Option Grant | SW-1B18-00031-32 | | | |
| 624 | Email 7/26/2013 Kail to Loiselle re FedEx Received | SUMO00010909 | | | |
| 625 | Sumo Logic, Inc. 2010 Stock Plan Notice of Stock Option Grant (Early Exercise) 30,000 shares | SUMO00012006 | | | |
| 626 | Email 9/24/2013 Kail to Kurtic re: Sumo Logic Analytics/Graphing? | SUMO0000603 | | | |
| 627 | Email dated November 20, 2013 Fwd: Need to get data out quickly | SUMO00004884 | | | |
| 628 | Email 3/10/2014 Kail to Kuritc re: Sumo Logic Support | SUMO00000244-245 | | | |
| 629 | Email 4/18/2014 Yingkuan Liu to Platfora Subj: Platfora Contract | NETFLIX-G00001646 | | | |
| 630 | Letter April 21, 2014 to Kail from Werther | NETFLIX-G00011100 | | | |
| 631 | Email 8/4/2014 Re: YHOO | SUMO00000015 | | | |
| 632 | Sumo Logic Share Certificates | SW-1B12-00007-10 | | | |
| 651 | Email 2/8/2013 Re: ElasticBox | EB000001 | | | |
| 652 | Email 3/20/2013 Srivatsav to Kail re Thanks and Follow Up | EB000046 | | | |
| 653 | Email 3/25/2013 re: ElasticBox Advisory | EB000077 | | | |
| 654 | Email 3/26/2013 re: ElasticBox / Netflix Intro | EB000079 | | | |
| 655 | Mutual Nondisclosure Agreement dated 4/18/2013 | EB000167-169 | | | |
| 656 | ElasticBox Order Form 6/15/2013 | EB001512-13 | | | |
| 657 | Elasticbox Master Services Agreement dated 6/17/2013 | EB000696-703 | | | |
| 658 | Email 9/9/2013 re: Thanks | EB001344-1345 | | | |
| 659 | Email 10/18/2013 fwd: Elastic Box Meeting – Follow Up | EB001452 | | | |
| 660 | Email 11/12/2013 fwd: Extended Round? | EB001495 | | | |
| 661 | ElasticBox Order Form 11/27/2013 | EB001548-1550 | | | |

| No. | Description | Bates No. | I.D. | Off. | Adm. |
|---|---|---|---|---|---|
| 662 | Email 11/27/2013 re: ElasticBox Contract | EB001564 | | | |
| 663 | ElasticBox Invoice 12/04/2013 | EB001579 | | | |
| 664 | Netflix Purchase Order to Elastic Box 12/6/2013 | EB01585 | | | |
| 665 | Netflix Purchase Order to Elastic Box 12/6/2013 | EB01590 | | | |
| 666 | Email 1/2/2014 re: Wine Country gift Basket | EB01628 | | | |
| 667 | Email 1/8/2014 Subj: Credit Suisse | EB001637 | | | |
| 668 | Email 3/17/2014 re: Advisory Grants | EB01758 | | | |
| 669 | ElasticBox, Inc. Advisor Agreement | EB001759-1764 | | | |
| 670 | Email 3/18/2014 re: advisory Grants | EB01780 | | | |
| 671 | Email 3/19/2014 re: ElasticBox Press Release – Series A | EB01788 | | | |
| 673 | ElasticBox, Inc. 2012 Equity Incentive Plan Stock Option Agreement dated 8/20/2014 | EB002124-2135 | | | |
| 674 | Email 8/28/2014 re: Stock Option Agreement | EB002157 | | | |
| 675 | Board Resolution | EB002841-44 | | | |
| 676 | Slide from ElasticBox Presentation | EB003625 | | | |
| 677 | Email Kail to Srivatsava April 4, 2013 Re: Lunch? | EB000128 | | | |
| 680 | Email Kail to Slootman March 15, 2013 Re: Spoke with USPS… | SNC000492 | | | |
| 681 | Email Kail to Dietzen July 20, 2013 Re; personal news | PureStorage_00000034-35 | | | |
| | | | | | |
| 690 | Certificate of Custodian - DocuSign | US000225 | | | |
| 691 | Email Kail to DocuSign | DS00034-35 | | | |
| 701 | Silicon Valley Bank Custodian of Records Certificate | SVB01030 | | | |
| 702 | Bank Agreement, #6623 and 2308, Unix Mercenary, LLC | SVB01104-10 | | | |
| 703 | Unix Mercenary Account 6623, Statements 7/9/13 through 8/1/2014 | SVB01010-1022 | | | |
| 704 | Deposit Images for Unix Account 6623 | SVB00384-397 | | | |
| 705 | Unix Mercenary LLC Account 2308 Statements, 7/09/2013-12/31/2014 | SVB00785-802 | | | |

| No. | Description | Bates No. | I.D. | Off. | Adm. |
|---|---|---|---|---|---|
| 706 | Deposit images for Unix Account 2308 | SVB00304-325 | | | |
| 707 | Wire Inquiry Detail, Unix Mercenary Account 5145 | SVB01121; SVB01118 | | | |
| 708 | Kail Account #6619 Statements and Check Images, 7/09/2013-9/30/2013 | SVB00805-822 | | | |
| 709 | Account Statements and Check Images, Kail Accounts 6619 and 2285, 10/01/2013-12/31/2014 | SVB00823-1009 | | | |
| 710 | Deposit images for Kail Account 6619 | SVB00326-383 | | | |
| 711 | Deposit Images for Kail account 2285 | SVB00244-303 | | | |
| 712 | Uniform Residential Loan Application, 234 Almendra Avenue | SVB000001-5 | | | |
| 713 | Handwritten Uniform Residential Loan Application | SVB000012-22 | | | |
| 714 | Recorded Deed of Trust dated 08/14/2013 | SVB00131-157 | | | |
| 751 | Wells Fargo Bank Custodian of Records Certification | WF00091-92 | | | |
| 752 | Business Account Application, Unix Mercenary LLC, Accounts 4748 and 3152 | WF00093-97 | | | |
| 753 | Unix Mercenary Account 3152 Statements 5/30/12-7/31/2013 | WF00098-168 | | | |
| 754 | Deposit Items, Checks, and Withdrawal Items, Unix Mercenary Wells Fargo Account 3152 | WF00001-6; WF000014-34 | | | |
| 755 | Unix Account Statements 4748 May 30, 2012 to 8/31/2012 | WF00169-179 | | | |
| 756 | Withdrawal Slips and Checks, Unix Mercenary Wells Fargo Account 4748 | WF00007-13; WF000035-83 | | | |
| 771 | April 2013 TD Ameritrade Brokerage Statement for Mike D. Kail Sep IRA, Account No. xxx-xx6608 | TDA00190-197 | | | |
| 801 | Unix Mercenary LLC Incorporation Documents and California Secretary of State Letter | SW-1B07-00001-16; SW-1B107-00048-49 | | | |
| 802 | Filed California Articles of Organization for Unix Mercenary LLC, dated February 8, 2012 | SW-1B07-00050-51 | | | |
| 803 | California Secretary of State Business Search, Unix Mercenary, LLC | SW-1B17-00064 | | | |

| No. | Description | Bates No. | I.D. | Off. | Adm. |
|---|---|---|---|---|---|
| 804 | Charles Schwab Account Application, Unix Mercenary, LLC | SW-1B13-00384-399 | | | |
| 805 | 2012 California Form 568, Limited Liability Company Return of Income, cenary, LLC | SW-1B13-00527-530 | | | |
| 806 | October 2013 SVB Bank Statement for Kail Savings Account #2285 | 1B13-00551-61 | | | |
| 807 | Wells Fargo Bank Account Application, Unix Mercenary | 1B07-00018-23 | | | |
| 808 | SVB Private Bank Loan Statement for Kail | 1B19-00615 | | | |
| 809 | TD Ameritrade Kail Sep IRA Account Form 5498 (2014) | 1B18-00192 | | | |
| 810 | Kail 2011 Federal Income Tax Return – Client Copy | 1B13-00581-606 | | | |
| 811 | Kail 2012 Federal Income Tax Return – Client Copy | 1B13-00400-426 | | | |
| 812 | Kail 2013 Federal Income Tax Return – Client Copy | 1B19-00256-303 | | | |
| 813 | Kail 2014 Amended Federal Income Tax Return – Client Copy | 1B19-00146-183 | | | |
| 851 | Federal Express Certification of Business Records | FEDEX00002 | | | |
| 852 | Federal Express Shipment Information Report and Label, Tracking No. 803473176483, 6/14/2013 | FEDEX00005-6 | | | |
| 875 | First American Title Company Certificate of Custodian of Records | FAT_000004 | | | |
| 876 | Uniform Residential Loan Application | FAT_000704-708 | | | |
| 877 | Residential Purchase Agreement | FAT_000146-156 | | | |
| 878 | Buyer's Estimated Settlement Statement | FAT_000181-182 | | | |
| 879 | Buyer's Final Settlement Statement and Map | FAT_000091-102 | | | |
| 880 | Receipts for Deposit | FAT_000123-124 | | | |
| 881 | Signed Grant Deed, Deed of Trust, Exhibit, and Riders | FAT_000444-470 | | | |
| 901 | Search Warrant Administrative Worksheet | US000151-152 | | | |
| 902 | Evidence Collected Item Log and Floor Plan for 234 Alemdra Avenue, November 30, 2015 | US000156-159 | | | |
| 903 | Photographic Log, November 30, 2015 | US000153-155 | | | |

| No. | Description | Bates No. | I.D. | Off. | Adm. |
|---|---|---|---|---|---|
| 904 | Photo of 234 Almendra Avenue | US000312-313 | | | |
| 905 | Google Certifications of Business Records and Servers | US000293; US000296-297 | | | |
| 925 | Video #1 of Michael Kail, "Mike Kail Shares Netflix User-Centric Approach to Network Access" | US000428-30 | | | |
| 926 | Video #2 of Michael Kail, "CXO Talk featuring Mike D. Kail" | US000431-33 | | | |
| 927 | Video #3 of Michael Kail, "Let Your Users Go Rogue" | US000434-36 | | | |
| 928 | Video #4 of Michael Kail, "Why Netflix Loves Working with Appirio" | US000438 | | | |
| 929 | OneLogin Screengrab of Michael Kail | US000437 | | | |
| 930 | Photo of Kail dressed as Robin Hood | | | | |
| 931 | Text Message Screengrab about Unix Mercenary | IMG_5358 | | | |
| 932 | Netflix VistaraIT user accounts list | UsersList.jpg | | | |
| 950 | Financial Summary: Financial Activity by Year (2013-2014) | | | | |
| 951 | Financial Summary: Summary of Money Laundering Counts | | | | |
| 952 | Financial Summary: Consulting Commissions from Netenrich, VistaraIT, and Netskope | | | | |
| 953 | Michael Kail Resume | Kail_Gmail_002646-49 | | | |
| 954 | Signed Offer Letter from Yahoo!, August 4, 2014 | Kail_Gmail_000322-326 | | | |
| 955 | Netflix Purchase Orders- Tidemark | TM012735 | | | |
| 956 | Netflix Purchase Orders- SnapLogic | SNAP0001097 | | | |
| 957 | Email dated 5/7/2015 re: Apology | NETFLIX-G00011490 | | | |
| 958 | Tolling Agreement Signed by Kail | | | | |