UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

# CRIMINAL MINUTES

**Date:** January 14, 2021   **Time:** 1:30 – 4:10 P.M.   **Judge:** BETH LABSON FREEMAN

Total Time – 2 Hrs 40 Mins

**Case No.**: 5:18-cr-00172-BLF-1   **Case Name:** UNITED STATES v. Kail

**Attorney for Plaintiff:** Daniel Kaleba, Colin Sampson via Zoom Webinar
**Attorney for Defendant:** Julia Jayne via Zoom Webinar for Michael Kail - P/NC

**Deputy Clerk:** Tiffany Salinas-Harwell   **Court Reporter:** Summer Fisher
**Interpreter:** N/A   **Probation Officer:** N/A

## PROCEEDINGS

**PRETRIAL CONFERENCE**

**Pretrial Conference held.**

**Jury Selection/Trial**

- **Electronic Jury Panel Hardships/Questionnaires to be forwarded to Counsel by 2/17 at 12:00 p.m.**
- **Jury to be available through: 3/12/2021 – Panel Size: 100 Returned Questionnaires**
- **Jury Selection/Voir Dire set for 2/19/2021 – Voir Dire: Parties 20 Mins each side per group of 20 potential jurors**
- **12 Jurors to be Seated plus 2 Alternates – Peremptory Challenges 6 and 10**
- **Proposed Jury Questionnaire due to Court for review by 1/20/2021.**
- **Opening Statements – 45 Minutes each side**
- **Closing Arguments – 1 Hour 30 Minutes each side**

**Motions in Limine**

- **Plaintiff Motions in Limine – Oral Argument held. Written Order to be issued with rulings stated on the record.**
- **Defendant Motions in Limine – Oral Argument held. Written Order to be issued with rulings stated on the record.**

**Exhibits**

- **Parties to deliver an Electronic Drive with an electronic version of all exhibits and two (2) paper sets of all exhibits with exhibit labels and side tabs to the Clerk's Office by noon on 2/18/2021.**

**Further Status Conference set for 2/5/2021 at 9:00 a.m.**
**Jury Instruction Conference set for 2/18/2021 at 1:30 p.m.**

///

*[Signature]*
**Courtroom Deputy**
**Original E-File**