DAVID L. ANDERSON (CABN 149604)
Acting United States Attorney

HALLIE HOFFMAN (CABN 210020)
Chief, Criminal Division

COLIN C. SAMPSON (CABN 249784)
DANIEL KALEBA (CABN 223789)
Assistant United States Attorneys

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-7020
    FAX: (415) 436-7009
    Colin.Sampson@usdoj.gov

Attorneys for United States of America

JULIA JAYNE (CABN 202753)
Jayne Law Group
    483 9th Street, Suite 200
    Oakland, CA 94607
    Phone: (415) 623-3600
    Fax: (415) 623-3605
    Email: julia@jaynelawgroup.com

Attorney for Defendant Michael Kail

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> MICHAEL KAIL, <br><br> Defendant. | CR 18-00172 BLF <br><br> JOINT PRELIMINARY STATEMENT <br><br> Trial:    March 19, 2021 <br> Court:   Honorable Beth Labson Freeman |

Counsel for the United States of America (the "government"), through Assistant U.S. Attorneys Colin Sampson and Daniel Kaleba, and counsel for Defendant, Michael Kail ("Kail," or "Defendant"), respectfully submit the following Joint Preliminary Statement to be read to the jury before the beginning of trial of the above-captioned matter:

Defendant Michael Kail is charged with the following crimes: wire fraud, mail fraud and money laundering. The government alleges that Mr. Kail, from at least February 2012 to July 2014, engaged in a scheme to defraud his employer, Netflix, Inc., including by directing business to companies that did business with Netflix in exchange for taking bribes and kickbacks from those companies. The government further alleges that, from at least April 2013 to October 2014, Mr. Kail also engaged in financial transactions of over $10,000 with the proceeds of the alleged fraud.

These allegations are not evidence, and they do not prove anything. Mr. Kail has pleaded not guilty to the charges. He is presumed innocent, and the government bears the burden of proving the charges beyond a reasonable doubt.

Respectfully submitted,

DAVID L. ANDERSON
United States Attorney

Dated:  February 18, 2021.

*/s/ Colin Sampson*
COLIN SAMPSON
DANIEL KALEBA
Assistant United States Attorneys

Dated:  February 18, 2021.

*/s/ Julia Jayne*
JULIA JAYNE
Attorney for Defendant Michael Kail