STEPHANIE M. HINDS (CABN 154284)
Acting United States Attorney

HALLIE HOFFMAN (CABN 210020)
Chief, Criminal Division

COLIN C. SAMPSON (CABN 249784)
DANIEL KALEBA (CABN 223789)
Assistant United States Attorneys

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-7020
    FAX: (415) 436-7009
    Colin.Sampson@usdoj.gov

Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) CR 18-00172 BLF |
|     Plaintiff, | ) |
|   v. | ) UNITED STATES' AMENDED WITNESS LIST |
| MICHAEL KAIL, | ) |
|     Defendant. | ) |

    The United States of America ("United States") hereby submits its list of prospective witnesses that may be called (other than those called solely for impeachment or rebuttal) to testify at trial. The United States reserves its rights, in keeping with the Federal Rules of Criminal Procedure, to expand or modify this list before trial and to call additional witnesses as may be necessary during trial:

    1.    <u>Michael Kenneth Asher</u>: Mr. Asher is expected to testify about the products and services developed by Platfora, Inc. and his communications with Defendant, including communications and agreements related to services provided by Platfora, Inc., to Netflix, Inc. Mr. Asher is further expected to testify about the circumstances of Defendant's advisory board role at Platfora, Inc. and shares and other items of value offered by Platfora, Inc. to Defendant.

2.      Sanjay Beri: Mr. Beri is expected to testify about the products and services developed by Netskope, Inc. and his communications with Defendant, including communications and agreements related to services provided by Netskope, Inc., to Netflix, Inc.  Mr. Beri is further expected to testify about the circumstances of Defendant's advisory board role at Netskope, Inc. and compensation offered by Netskope, Inc. to Defendant.

3.      Kurt Brown: Mr. Brown is expected to testify about his communications with and directions from Defendant, his employment duties at Netflix, Inc., and his use of products and services from Platfora, Inc.

4.      Jagannadha Raju Chekuri: Mr. Chekuri is expected to testify about the products and services developed by Netenrich, Inc. and VistaraIT, LLC.  Mr. Chekuri is further expected to testify about communications with Defendant, including communications and agreements related to services and staffing provided by Netenrich, Inc. and VistaraIT, LLC to Netflix, Inc.  Mr. Chekuri is further expected to testify about the circumstances of Defendant's channel partnership agreement with Netenrich, Inc. and VistaraIT, LLC using Unix Mercenary, LLC and payments to Defendant and Unix Mercenary, LLC, Defendant's advisory board position and stock option awards related to Netenrich, Inc.

5.      Rob Fry:  Mr. Fry is expected to testify about his communications with and directions from Defendant, his employment duties at Netflix, Inc., and his use of products and services from Netenrich, Inc., VistaraIT, LLC, Netskope, Inc., and Elasticbox, Inc.

6.      Amarjit Gill: Mr. Gill is expected to testify about the products and services developed by Maginatics, Inc. and his communications with Defendant, including communications and agreements related to services provided by Maginatics, Inc., to Netflix, Inc.  Mr. Gill is further expected to testify about the circumstances of Defendant's advisory board role at Maginatics, Inc. and shares offered by Maginatics, Inc. to Defendant.

7.      Alex Gorbansky:  Mr. Gorbansky is expected to testify about the products and services developed by Docurated, Inc. and his communications with Defendant, including communications and agreements related to services provided by Docurated, Inc., to Netflix, Inc.  Mr. Gorbansky is further expected to testify about the circumstances of Defendant's advisory board role at Docurated, Inc. and

shares and other items of value offered by Docurated, Inc. to Defendant.  Mr. Gorbansky is further expected to testify as a custodian of Docurated, Inc. records.

8.   <u>Gagan Hasteer</u>:  Mr. Hasteer is expected to testify about his communications with and directions from Defendant, his employment duties at Netflix, Inc., and his use of products and services from Platfora, Inc.

9.   <u>Reed Hastings</u>:  Mr. Hastings is expected to testify regarding Netflix, Inc., including policies governing employees and conflicts of interest.  Mr. Hastings is further expected to testify regarding his management of Defendant and the company's IT Operations department, including conversations with Defendant about Netflix policies and culture and potential conflicts of interest.

10.   <u>Rhaguvir Kamath</u>:  Mr. Kamath is expected to testify about the products and services developed by Netenrich, Inc. and VistaraIT, LLC.  Mr. Kamath is further expected to testify about communications with Defendant, including communications and agreements related to services and staffing provided by Netenrich, Inc. and VistaraIT, LLC to Netflix, Inc.  Mr. Kamath is further expected to testify about the circumstances of Defendant's channel partnership agreement with Netenrich, Inc. and VistaraIT, LLC using Unix Mercenary, LLC and payments to Defendant and Unix Mercenary, LLC,  Defendant's advisory board position and stock option awards related to Netenrich, Inc.

11.   <u>Carlene Kikugawa</u>, FBI:  Financial Analyst Carlene Kikugawa is expected to testify as a summary-expert regarding financial exhibits, including the disposition of proceeds of the fraud scheme, including direct payments from Netenrich, Inc., Vistara IT, LLC, and Netskope, Inc., and proceeds from sales of stock awarded by companies doing business with or seeking to do business with Netflix, Inc.

12.   <u>Varma Kunaparaju</u>: Mr. Kunaparaju is expected to testify about the products and services developed by Netenrich, Inc. and VistaraIT, LLC.  Mr. Kunaparaju is further expected to testify about communications with Defendant, including communications and agreements related to services and staffing provided by Netenrich, Inc. and VistaraIT, LLC to Netflix, Inc.  Mr. Kunaparaju is further expected to testify about the circumstances of Defendant's channel partnership agreement with Netenrich, Inc. and VistaraIT, LLC using Unix Mercenary, LLC and payments to Defendant and Unix

Mercenary, LLC,  Defendant's advisory board position and stock option awards related to Netenrich, Inc.

13.    <u>Bruno Kurtic</u>: Mr. Kurtic is expected to testify about the products and services developed by SumoLogic, Inc. and his communications with Defendant, including communications and agreements related to services provided by SumoLogic, Inc., to Netflix, Inc.  Mr. Kurtic is further expected to testify about the circumstances of Defendant's advisory board role at SumoLogic, Inc. and shares and other items of value offered by SumoLogic, Inc. to Defendant.

14.    <u>Yingkuan Liu</u>:  Mr. Liu is expected to testify about his communications with and directions from Defendant, his employment duties at Netflix, Inc., and his use of products and services from Platfora, Inc.

15.    <u>Vance Loiselle</u>: Mr. Loiselle is expected to testify about the products and services developed by SumoLogic, Inc. and his communications with Defendant, including communications and agreements related to services provided by SumoLogic, Inc., to Netflix, Inc.  Mr. Loiselle is further expected to testify about the circumstances of Defendant's advisory board role at SumoLogic, Inc. and shares and other items of value offered by SumoLogic, Inc. to Defendant.

16.    <u>Mark Musselman</u>: Mr. Musselman is expected to testify about the products and services developed by SumoLogic, Inc. and his communications with Defendant, including communications and agreements related to services provided by SumoLogic, Inc., to Netflix, Inc.  Mr. Musselman is further expected to testify about the circumstances of Defendant's advisory board role at SumoLogic, Inc. and shares and other items of value offered by SumoLogic, Inc. to Defendant.

17.    <u>Katheryn Mendelsohn</u>: Ms. Mendelsohn is expected to testify about the products and services developed by Netenrich, Inc. and VistaraIT, LLC.  Ms. Mendelsohn is further expected to testify about communications with Defendant, including communications and agreements related to services and staffing provided by Netenrich, Inc. and VistaraIT, LLC to Netflix, Inc.  Ms. Mendelsohn is further expected to testify about the circumstances of Defendant's channel partnership agreement with Netenrich, Inc. and VistaraIT, LLC using Unix Mercenary, LLC and payments to Defendant and Unix Mercenary, LLC,  Defendant's advisory board position and stock option awards related to Netenrich, Inc.

18.   <u>Kevin O'Keefe</u>: Mr. O'Keefe is expected to testify about the products and services developed by Maginatics, Inc. and his communications with Defendant, including communications and agreements related to services provided by Maginatics, Inc., to Netflix, Inc.  Mr. O'Keefe is further expected to testify about the circumstances of Defendant's advisory board role at Maginatics, Inc. and shares offered by Maginatics, Inc. to Defendant.

19.   <u>Tony Ralph</u>: Mr. Ralph is expected to testify about his communications with and directions from Defendant, his employment duties at Netflix, Inc., and his use of products and services from Platfora, Inc.

20.   <u>Guarav Rewari</u>: Mr. Rewari is expected to testify about the products and services developed by Numerify, Inc. and his communications with Defendant, including communications and agreements related to services provided by Numerify, Inc., to Netflix, Inc.  Mr. Rewari is further expected to testify about the circumstances of Defendant's advisory board role at Numerify, Inc. and shares offered by Numerify, Inc. to Defendant.

21.   <u>Mike Rossi</u>: Mr. Rossi is expected to testify about the products and services developed by Platfora, Inc. and his communications with Defendant, including communications and agreements related to services provided by Platfora, Inc., to Netflix, Inc.  Mr. Rossi is further expected to testify about the circumstances of Defendant's advisory board role at Platfora, Inc. and shares and other items of value offered by Platfora, Inc. to Defendant.

22.   <u>Ashi Sheth</u>:  Mr. Sheth is expected to testify about his involvement in Netflix, Inc.'s testing and/or use of services from Sumo logic, Inc., ElasticBox, Inc., Netenrich, Inc., VistaraIT, LLC, Docurated, Inc., Numerify, Inc., and Maginatics, Inc.

23.   <u>Bobby Shoker</u>:  Mr. Shoker is expected to testify about the products and services developed by Netskope, Inc. and his communications with Defendant, including communications and agreements related to services provided by Netskope, Inc., to Netflix, Inc.  Mr. Shoker is further expected to testify about the circumstances of Defendant's advisory board role at Netskope, Inc. and compensation offered by Netskope, Inc. to Defendant.

24.   <u>Frank Slootman</u>.  Mr. Slootman is expected to testify about communications with Defendant, including Defendant's solicitation of warrants from ServiceNow, Inc.

25.     <u>Jessica Socias</u>: Ms. Socias is expected to testify about the products, staffing, and services developed by Netenrich, Inc.  Ms. Socias is further expected to testify about communications with Defendant, including communications and agreements related to commissions paid to Defendant and services provided by Netenrich, Inc. and VistaraIT, LLC to Netflix, Inc.

26.     <u>Ashley Sprague</u>:  Ms. Sprague is expected to testify about her communications with and Defendant, her employment duties at Netflix, Inc., Netflix's employee policies and policies regarding third-party technology and services, and Netflix's use of products and services from VistaraIT, LLC, Netskope, Inc., Sumo Logic, Inc. Docurated, Inc., and Netskope, Inc.

27.     <u>Ravi Srivatsav</u>: Mr. Srivatsav is expected to testify about the products and services developed by Elasticbox, Inc. and his communications with Defendant, including communications and agreements related to services provided by Elasticbox, Inc., to Netflix, Inc.  Mr. Srivatsav is further expected to testify about the circumstances of Defendant's advisory board role at Elasticbox, Inc. and shares and other items of value offered by Elasticbox, Inc. to Defendant.

28.     <u>Ankur Srivastava</u>: Mr. Srivastava is expected to testify about the products and services developed by Elasticbox, Inc. and his communications with Defendant, including communications and agreements related to prices and services provided by Elasticbox, Inc., to Netflix, Inc.  Mr. Srivastava is further expected to testify about the circumstances of Defendant's advisory board role at Elasticbox, Inc.

29.     <u>Sylvia Sundholm</u>:  Ms. Sundholm is expected to testify about her role as a purchasing manager for Netflix, Inc., and contracts with and payments to third party vendors to the IT Operations department.  She is further expected to testify regarding communications with Defendant and representatives of vendors to Netflix, and the discovery of conflicts of interest by Defendant.

30.     <u>Andy Telles</u>: Mr. Telles is expected to testify about the products and services developed by VistaraIT, LLC.  Mr. Telles is further expected to testify about communications with Defendant, including communications and agreements related to services provided by Vistara IT, LLC to Netflix, Inc.  Mr. Telles is further expected to testify about communications with other Netflix, Inc. employees regarding Vistara IT, LLC's business with Netflix.

31.     <u>Sabry Tozin</u>: Mr. Tozin is expected to testify about his communications with and

directions from Defendant, his employment duties at Netflix, Inc., and his use of products and services from VistaraIT, LLC, Netenrich, Inc., Docurated, Inc., and RelateIQ, Inc.

32.     <u>Irene Tserkovny</u>:  Ms. Tserkovny is expected to testify about the products and services developed by Docurated, Inc. and his communications with Defendant, including communications and agreements related to services provided by Docurated, Inc., to Netflix, Inc.  Ms. Tserkovny is further expected to testify about the circumstances of Defendant's advisory board role at Docurated, Inc. and shares and other items of value offered by Docurated, Inc. to Defendant.

33.     <u>Tram Theresa Quinh Thi, also known as Theresa Vu</u>:  Ms. Vu is expected to testify about the products and services developed by Platfora, Inc. and her communications with Defendant, including communications and agreements related to services provided by Platfora, Inc., to Netflix, Inc.  Ms. Vu is further expected to testify about the circumstances of Defendant's advisory board role at Platfora, Inc. and shares and other items of value offered by Platfora, Inc. to Defendant.

34.     <u>David Wells</u>:  Mr. Wells is expected to testify regarding his management of Defendant at Netflix, Inc., and communications with Defendant about Netflix policies, his 360 reviews and concerns of employees reporting to Defendant.  Mr. Wells is further expected to testify regarding his November 2014 meeting with Defendant after Defendant resigned from Netflix.

35.     <u>Benjamin Werther</u>:  Mr. Werther was deposed in April 2015 and the government intends to introduce his prior testimony about the products and services developed by Platfora, Inc., his communications with Defendant, including communications and agreements related to services provided by Platfora, Inc., to Netflix, Inc.  Mr. Werther's prior testimony is further expected to include authentication of several business records of Platfora, Inc., circumstances of Defendant's advisory board role at Platfora, Inc., including options and other items of value offered by Platfora, Inc. to Defendant.

36.     <u>Allison Wright</u>:  Ms. Wright is expected to testify about Netflix, Inc.'s "360" review process and policies regarding conflicts of interest and Defendant's denial of any kickbacks and other communications with Defendant.

37.     <u>Matthew Sager</u>:  Mr. Sager will testify regarding the business of First American Title Company and the escrow and sale of 224 Almendra Avenue, Los Gatos, California.

The following law enforcement witnesses may be called, if necessary:

38.  Jennifer Chelf, FBI:  Special Agent Chelf is expected to testify about the search warrant executed at Defendant's residence and items found and seized at locations within the residence.

39.  Steve Martins, IRS-CI: Special Agent Martins is expected to testify about the search warrant executed at Defendant's residence and items found and seized at locations within the residence.

The following records custodians may be called, if necessary:

40.  A representative or custodian of records of Netflix, Inc.;

41.  A representative or custodian of records of OpsRamp, Inc., formerly Netenrich, Inc.;

42.  A representative or custodian of records of OpsRamp, Inc., formerly VistaraIT, LLC;

43.  A representative or custodian of records of Platfora, Inc.;

44.  A representative or custodian of records of Netskope, Inc.;

45.  A representative or custodian of records of Dell EMC, formerly Maginatics, Inc.;

46.  A representative or custodian of records of SumoLogic, Inc.;

47.  A representative or custodian of records of ElasticBox, Inc.;

48.  A representative or custodian of records of Charles Schwab;

Dated: March 22, 2021.

STEPHANIE M. HINDS
Acting United States Attorney


*/s/ Colin Sampson*
COLIN SAMPSON
Assistant United States Attorney