# Exhibit A

Michael D. Kail
Unix Mercenary, LLC
Alleged SUA Proceeds

| Bank Statement Date | Payor Reference | Amount | Payee | Payor | NetEnrich NF | VistaraIT NF | NetSkope NF | Bank Account | Memo |
|---|---|---|---|---|---|---|---|---|---|
| 04/27/2012 | 4063 | $1,612.00 | Michael D. Kail | NetEnrich | $1,612.00 | | | Schwab 0071 | Feb 2012 |
| 06/04/2012 | 4117 | $4,435.00 | Unix Mercenary | NetEnrich | 4,435.00 | | | WFB 4748/3152 | Mar 2012 |
| 06/09/2012 | 4139 | $5,040.00 | Unix Mercenary | NetEnrich | 5,040.00 | | | WFB 4748 | Apr 2012 |
| 07/02/2012 | 4177 | $8,454.00 | Unix Mercenary | NetEnrich | 8,454.00 | | | WFB 4748/3152 | May 2012 |
| 07/30/2012 | 0991 | $10,800.00 | Unix Mercenary | VistaraIT | | $10,800.00 | | WFB 4748 | VistaraIT - June 2012 |
| 08/13/2012 | 0993 | $3,450.00 | Unix Mercenary | VistaraIT | | 3,450.00 | | WFB 3152 | Bal of June 2012 Comm |
| 08/17/2012 | 4218 | $8,744.40 | Unix Mercenary | NetEnrich | 8,744.40 | | | WFB 4748 | June 2012 |
| 09/04/2012 | 0994 | $3,000.00 | Unix Mercenary | VistaraIT | | 3,000.00 | | WFB 4748 | July Commission |
| 09/04/2012 | 4284 | $10,698.00 | Unix Mercenary | NetEnrich | 10,698.00 | | | WFB 4748 | Jul 2012 |
| 10/09/2012 | 0995 | $3,000.00 | Unix Mercenary | VistaraIT | | 3,000.00 | | WFB 4748 | Aug 2012 Commission |
| 10/11/2012 | Wire | $10,585.20 | Unix Mercenary | NetEnrich | 10,585.20 | | | WFB 4748 | Aug 2012 |
| 11/13/2012 | 4379 | $9,315.60 | Unix Mercenary | NetEnrich | 9,315.60 | | | WFB 3152 | Sep 2012 |
| 11/13/2012 | 0998 | $3,750.00 | Unix Mercenary | VistaraIT | | 3,750.00 | | WFB 3152 | Sept Commission |
| 12/03/2012 | 0999 | $3,750.00 | Unix Mercenary | VistaraIT | | 3,750.00 | | WFB 4748 | Oct 2012 Commission |
| 12/03/2012 | 4414 | $11,811.60 | Unix Mercenary | NetEnrich | 11,811.60 | | | WFB 4748 | Oct 2012 |
| 12/18/2012 | Electronic | $5,000.00 | Michael Kail | NetSkope | | | $5,000.00 | Schwab 0071 | |
| 01/07/2013 | 4463 | $10,329.60 | Unix Mercenary | NetEnrich | 10,329.60 | | | WFB 4748 | Nov 2012 |
| 01/07/2013 | 1000 | $3,750.00 | Unix Mercenary | VistaraIT | | 3,750.00 | | WFB 4748 | Nov 2012 |
| 01/17/2013 | Electronic | $5,000.00 | Michael Kail | NetSkope | | | 5,000.00 | Schwab 0071 | |
| 02/11/2013 | 4518 | $8,270.40 | Unix Mercenary | NetEnrich | 8,270.40 | | | WFB 4748 | Dec 2012 |
| 02/20/2013 | Electronic | $5,000.00 | Michael Kail | NetSkope | | | 5,000.00 | Schwab 0071 | |
| 02/25/2013 | 10640 | $3,750.00 | Unix Mercenary | VistaraIT | | 3,750.00 | | WFB 4748 | Dec 2012 |
| 03/18/2013 | 10642 | $3,750.00 | Unix Mercenary | VistaraIT | | 3,750.00 | | WFB 4748 | Jan 2013 |
| 03/19/2013 | Electronic | $5,000.00 | Michael Kail | NetSkope | | | 5,000.00 | Schwab 0071 | |
| 03/25/2013 | 4589 | $9,547.20 | Unix Mercenary | NetEnrich | 9,547.20 | | | WFB 4748 | Jan 2013 |
| 04/08/2013 | 10644 | $5,250.00 | Unix Mercenary | VistaraIT | | 5,250.00 | | WFB 4748 | Feb 2013 |
| 04/15/2013 | 4624 | $9,417.60 | Unix Mercenary | NetEnrich | 9,417.60 | | | WFB 4748 | Feb 2013 |
| 04/17/2013 | Electronic | $5,000.00 | Michael Kail | NetSkope | | | 5,000.00 | Schwab 0071 | |
| 05/17/2013 | Electronic | $5,000.00 | Michael Kail | NetSkope | | | 5,000.00 | Schwab 0071 | |
| 05/20/2013 | 10663 | $5,250.00 | Unix Mercenary | VistaraIT, LLC | | 5,250.00 | | WFB 4748 | Mar 2013 |
| 05/28/2013 | 4675 | $9,144.00 | Unix Mercenary | NetEnrich | 9,144.00 | | | WFB 4748 | Mar 2013 |

Michael D. Kail  
Unix Mercenary, LLC  
Alleged SUA Proceeds

| Bank Statement Date | Payor Reference | Amount | Payee | Payor | NetEnrich | VistaraIT | NetSkope | Bank Account | Memo |
|---|---|---|---|---|---|---|---|---|---|
| 06/10/2013 | 10667 | $5,250.00 | Unix Mercenary | VistaraIT, LLC | | 5,250.00 | | WFB 4748 | Apr 2013 |
| 06/10/2013 | 4702 | $8,438.40 | Unix Mercenary | NetEnrich | 8,438.40 | | | WFB 4748 | Apr 2013 |
| 06/18/2013 | Electronic | $5,000.00 | Michael Kail | NetSkope | | | 5,000.00 | Schwab 0071 | |
| 06/24/2013 | 10669 | $10,500.00 | Unix Mercenary | VistaraIT, LLC | | 10,500.00 | | WFB 3152 | May & June 2013 |
| 07/12/2013 | 4741 | $9,547.20 | Unix Mercenary | NetEnrich | 9,547.20 | | | SVB 6623 | May 2013 |
| 07/17/2013 | Electronic | $5,000.00 | Michael Kail | NetSkope | | | 5,000.00 | Schwab 0071 | |
| 08/12/2013 | 4779 | $9,691.20 | Unix Mercenary | NetEnrich | 9,691.20 | | | SVB 6623 | June 2013 |
| 08/19/2013 | Electronic | $5,000.00 | Michael Kail | NetSkope | | | 5,000.00 | SVB 6619 | |
| 08/30/2013 | 0991 | $15,750.00 | Unix Mercenary | VistaraIT, LLC | | 15,750.00 | | SVB 2308 | Jul - Sept 2013 |
| 09/09/2013 | 4802 | $11,400.00 | Unix Mercenary | NetEnrich | 11,400.00 | | | SVB 2308 | |
| 09/17/2013 | Electronic | $5,000.00 | Michael Kail | NetSkope | | | 5,000.00 | SVB 6619 | |
| 09/25/2013 | 10672 | $11,700.00 | Unix Mercenary | VistaraIT, LLC | | 11,700.00 | | SVB 2308 | |
| 09/27/2013 | 10673 | $4,050.00 | Unix Mercenary | VistaraIT, LLC | | 4,050.00 | | SVB 2308 | |
| 10/07/2013 | 4830 | $9,705.60 | Unix Mercenary | NetEnrich | 9,705.60 | | | SVB 2308 | |
| 10/17/2013 | Electronic | $5,000.00 | Michael Kail | NetSkope | | | 5,000.00 | SVB 6619 | |
| 11/12/2013 | 4902 | $8,956.80 | Unix Mercenary | NetEnrich | 8,956.80 | | | SVB 2285 | |
| 11/19/2013 | Electronic | $5,000.00 | Michael Kail | NetSkope | | | 5,000.00 | SVB 6619 | |
| 12/17/2013 | Electronic | $5,000.00 | Michael Kail | NetSkope | | | 5,000.00 | SVB 6619 | |
| 12/26/2013 | 4965 | $7,891.21 | Unix Mercenary | NetEnrich | 7,891.21 | | | SVB 6619 | |
| 01/10/2014 | 4994 | $2,664.00 | Unix Mercenary | NetEnrich | 2,664.00 | | | SVB 2285 | |
| 01/10/2014 | 4995 | $6,220.80 | Unix Mercenary | NetEnrich | 6,220.80 | | | SVB 2285 | |
| 01/10/2014 | 10676 | $11,812.50 | Unix Mercenary | VistaraIT, LLC | | 11,812.50 | | SVB 2285 | |
| 01/10/2014 | 10677 | $3,937.50 | Unix Mercenary | VistaraIT, LLC | | 3,937.50 | | SVB 2285 | |
| 01/17/2014 | Electronic | $5,000.00 | Michael Kail | NetSkope | | | 5,000.00 | SVB 6619 | |
| 02/19/2014 | Electronic | $5,000.00 | Michael Kail | NetSkope | | | 5,000.00 | SVB 6619 | |
| 02/24/2014 | 5093 | $11,193.60 | Unix Mercenary | NetEnrich | 11,193.60 | | | SVB 6619 | |
| 03/17/2014 | 5132 | $9,739.20 | Unix Mercenary | NetEnrich | 9,739.20 | | | SVB 2285 | Invoice UNIX007, UNIX |
| 03/18/2014 | Electronic | $5,000.00 | Michael Kail | NetSkope | | | 5,000.00 | SVB 6619 | |
| 04/14/2014 | 5211 | $20,642.70 | Unix Mercenary | NetEnrich | 20,642.70 | | | SVB 2285 | |
| 04/17/2014 | Electronic | $5,000.00 | Michael Kail | NetSkope | | | 5,000.00 | SVB 6619 | |
| 05/12/2014 | 5259 | $5,126.40 | Unix Mercenary | NetEnrich | 5,126.40 | | | SVB 2285 | |
| 05/12/2014 | 1005 | $9,862.50 | Unix Mercenary | VistaraIT, Inc. | | 9,862.50 | | SVB 2285 | |

Michael D. Kail
Unix Mercenary, LLC
Alleged SUA Proceeds

| Bank Statement Date | Payor Reference | Amount | Payee | Payor | NetEnrich | VistaraIT | NetSkope | Bank Account | Memo |
|---|---|---|---|---|---|---|---|---|---|
| 05/19/2014 | Electronic | $5,000.00 | Michael Kail | NetSkope | | | 5,000.00 | SVB 6619 | |
| 06/17/2014 | Electronic | $5,000.00 | Michael Kail | NetSkope | | | 5,000.00 | SVB 6619 | |
| 06/19/2014 | 5335 | $6,912.00 | Unix Mercenary | NetEnrich | 6,912.00 | | | SVB 6619 | |
| 06/19/2014 | 1029 | $4,800.00 | Unix Mercenary | VistaraIT, Inc. | | 4,800.00 | | SVB 6619 | |
| 07/10/2014 | 5374 | $7,848.00 | Unix Mercenary | NetEnrich | 7,848.00 | | | SVB 2285 | |
| 07/10/2014 | 1032 | $20,550.00 | Unix Mercenary | VistaraIT, Inc. | | 20,550.00 | | SVB 2285 | |
| 07/17/2014 | Electronic | $5,000.00 | Michael Kail | NetSkope | | | 5,000.00 | SVB 6619 | |
| 08/11/2014 | 5429 | $5,904.00 | Unix Mercenary | NetEnrich | 5,904.00 | | | SVB 2285 | |
| 08/11/2014 | 1044 | $4,800.00 | Unix Mercenary | VistaraIT, Inc. | | 4,800.00 | | SVB 2285 | |
| 08/19/2014 | Electronic | $5,000.00 | Michael Kail | NetSkope | | | 5,000.00 | SVB 6619 | |
| 09/11/2014 | 5534 | $5,731.20 | Unix Mercenary | NetEnrich | 5,731.20 | | | SVB 2308 | |
| 09/17/2014 | Electronic | $5,000.00 | Michael Kail | NetSkope | | | 5,000.00 | SVB 6619 | |
| 09/18/2014 | 1086 | $4,800.00 | Unix Mercenary | VistaraIT, Inc. | | 4,800.00 | | SVB 2308 | |
| 10/09/2014 | 5584 | $6,580.80 | Unix Mercenary | NetEnrich | 6,580.80 | | | SVB 2308 | |
| 10/17/2014 | Electronic | $5,000.00 | Michael Kail | NetSkope | | | 5,000.00 | SVB 6619 | |
| 10/22/2014 | 1093 | $20,550.00 | Unix Mercenary | VistaraIT, Inc. | | 20,550.00 | | SVB 2308 | |
| 11/18/2014 | Electronic | $5,000.00 | Michael Kail | NetSkope | | | 5,000.00 | SVB 6619 | |
| | | **$569,460.21** | | | **$271,597.71** | **$177,862.50** | **$120,000.00** | | |

NF  Netflix Vendor

| Bank Account Summary | NetEnrich | VistaraIT | NetSkope |
|---|---|---|---|
| Unix WFB 3152 | $11,315.60 | $17,700.00 | |
| Unix SVB 6623 | 19,238.40 | 0.00 | |
| Unix SVB 2308 | 33,417.60 | 56,850.00 | |
| Unix WFB 4748 | 112,915.40 | 47,550.00 | |
| Kail SVB 2285 | 67,101.90 | 50,962.50 | |
| Kail SVB 6619 | 25,996.81 | 4,800.00 | 80,000.00 |
| Kail Schwab | 1,612.00 | | 40,000.00 |
| | **$271,597.71** | **$177,862.50** | **$120,000.00** |