# Exhibit C

# Michael Kail
## Sources and Uses of Funds
## Silicon Valley Bank
## Accounts Ending #6619 & #2285
## 07/09/2013 to 12/31/2014

| Sources | |
|---|---:|
| Beginning Balance | $0.00 |
| Income Related to Advisory Services/Investments | |
| [redacted] | 246,509.77 |
| [redacted] | 183,834.37 |
| Continental Stock Transfer | 124,762.98 |
| Netenrich, Inc. | 93,098.71 |
| Netskope | 80,000.00 |
| VistaraIT | 55,762.50 |
| [redacted] | 51,000.00 |
| [redacted] | 50,000.00 |
| [redacted] | 48,129.76 |
| [redacted] | 19,121.69 |
| [redacted] | 14,500.00 |
| [redacted] | 10,177.96 |
| [redacted] | 7,500.00 |
| [redacted] | 5,000.00 |
| Netflix | 324,848.60 |
| Yahoo | 234,556.59 |
| Transfers from Unix Mercenary SVB #2308 | 144,000.00 |
| Transfers from Unix Mercenary SVB #6623 | 40,000.00 |
| Wire Kail Schwab #0071 | 110,000.00 |
| R Kail | 26,144.53 |
| Other Miscellaneous | 7,529.41 |
| [redacted] | 5,106.46 |
| Interest | 2,769.64 |
| Transfers Kail #6619/Kail #2285 | 0.00 |
| **Total Sources** | **$1,884,352.97** |

# Michael Kail
## Sources and Uses of Funds
## Silicon Valley Bank
## Accounts Ending #6619 & #2285
## 07/09/2013 to 12/31/2014

**Uses**

| | |
|---|---:|
| First American Title | $369,929.30 |
| Investments | |
|     TD Ameritrade - SEP IRA | 51,000.00 |
| | 50,000.00 |
| | 30,000.00 |
| | 25,000.00 |
| | 25,000.00 |
| | 10,100.00 |
| | 9,999.98 |
| | 5,687.50 |
| | 4,999.95 |
| | 2,250.00 |
| Credit Card Payments | 189,872.55 |
| Federal & California Income Taxes | 168,704.68 |
| Check Card & On Line Payments | 144,453.95 |
| Other Expenditures | 90,812.17 |
| Loan Payment 1459 | 73,059.09 |
| Automobile Payments | 51,991.50 |
| Legal | 46,060.00 |
| Property Taxes | 24,128.91 |
| | 13,506.00 |
| Mortgage Sallie Mae | 10,596.69 |
| | 5,000.00 |
| **Total Uses** | **$1,402,152.27** |
| **Ending Balance** | **$482,200.70** |

Michael Kail
Unix Mercenary, LLC
Sources and Uses of Funds by Account

| | WFB #3152 06/01/2012 to 12/31/2012 | WFB #4748 06/01/2012 to 07/31/2013 | Unix Mercenary, LLC SVB #2308 07/09/2013 to 12/31/2014 | SVB #6623 07/09/2013 to 12/31/2014 | Total |
|---|---|---|---|---|---|
| **Sources** | | | | | |
| Beginning Balance | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Income Related to Advisory Services | | | | | |
| Netenrich< inc. | 11,315.60 | 112,915.40 | 33,417.60 | 19,238.40 | 176,887.00 |
| VistaraIT | 17,700.00 | 47,550.00 | 56,850.00 | | 122,100.00 |
| | 1,560.00 | 1,560.00 | 3,120.00 | 1,560.00 | 7,800.00 |
| | | | 3,000.00 | 3,000.00 | 6,000.00 |
| | | | | 1,250.00 | 1,250.00 |
| WFB Direct Pay | | 12,750.40 | | 20,263.82 | 33,014.22 |
| Property Tax Refund | | | | 5,206.18 | 5,206.18 |
| Other Miscellaneous | 281.90 | | | 145.77 | 427.67 |
| Interest | | 59.80 | 52.44 | 6.50 | 118.74 |
| Transfers Unix Mercenary #4748/#2308 | | -133,057.47 | 133,057.47 | | 0.00 |
| Transfers Unix Mercenary #3152/#4748 | 33,024.61 | -33,024.61 | 0.00 | 0.00 | 0.00 |
| **Total Sources** | **$63,882.11** | **$8,753.52** | **$229,497.51** | **$50,670.67** | **$352,803.81** |
| **Uses** | | | | | |
| Transfers to Kail SVB #2285 | | | $115,000.00 | $15,000.00 | $130,000.00 |
| Transfers to Kail SVB #6619 | | | 29,000.00 | 25,000.00 | 54,000.00 |
| First American Title | | | 70,000.00 | | 70,000.00 |
| TD Ameritrade - SEP IRA | $25,422.00 | | | 0.00 | 25,422.00 |
| Check Card & On Line Payments | 28,860.11 | $8,753.52 | | | 37,613.63 |
| Credit Card Payments | | | 7,100.00 | 7,500.00 | 14,600.00 |
| Loan Payment 1459 | | | 7,176.25 | 2,500.00 | 9,676.25 |
| Federal & California Income Taxes | 9,600.00 | 0.00 | 0.00 | 0.00 | 9,600.00 |
| **Total Uses** | **$63,882.11** | **$8,753.52** | **$228,276.25** | **$50,000.00** | **$350,911.88** |
| **Ending Balance** | **$0.00** | **$0.00** | **$1,221.26** | **$670.67** | **$1,891.93** |