# Exhibit D

MICHAEL KAIL
Unix Mercenary, LLC
Count 23 - Flow of Funds

| Date | Netenrich, Inc. | VistaraIT | Unix Mercenary WFB #4748 | Unix Mercenary WFB #3152 | Kail TD Ameritrade #6608 |
|---|---|---|---|---|---|
| 06/01/2012 Balance | | | $0.00 | $0.00 | |
| 06/04/2012 | $3,435.00 | | $3,435.00 | | |
| 06/09/2012 | $5,040.00 | | $5,040.00 | | |
| 07/02/2012 | $7,454.00 | | $7,454.00 | | |
| 07/30/2012 | | $10,800.00 | $10,800.00 | | |
| 08/17/2012 | $8,744.00 | | $8,744.00 | | |
| 09/04/2012 | $10,698.00 | | $10,698.00 | | |
| 09/04/2012 | | $3,000.00 | $3,000.00 | | |
| 10/09/2012 | $3,000.00 | $3,000.00 | | | |
| 10/11/2012 | $10,585.20 | | $10,585.20 | | |
| 12/03/2012 | $11,811.60 | | $11,811.60 | | |
| 12/03/2012 | | $3,750.00 | $3,750.00 | | |
| 01/07/2013 | $10,329.60 | | $10,329.00 | | |
| 01/07/2013 | | $3,750.00 | $3,750.00 | | |
| 02/11/2013 | $8,270.40 | | $8,270.40 | | |
| 02/25/2013 | | $3,750.00 | $3,750.00 | | |
| 03/18/2013 | | $3,750.00 | $3,750.00 | | |
| 03/25/2013 | $9,547.20 | | $9,547.20 | | |
| 04/08/2013 | | $5,250.00 | $5,250.00 | | |
| 04/08/2013 | | | -$35,000.00 | $35,000.00 | |
| | | | | | |
| 04/23/2013 | | | | -$25,422.00 | $25,422.00 |

**MICHAEL KAIL**
**Unix Mercenary, LLC**
**Counts 24 to 25, 27 to 29 - Flow of Funds**

| Date | Netenrich, Inc. | VistaraIT | Unix Mercenary WFB #4748 | Unix Mercenary SVB #2308 | FATCO 234 Almendra | Kail SVB #2285 | Kail SVB #6619 |
|---|---|---|---|---|---|---|---|
| Balance After Count 23 | | | $89,072.11 | $0.00 | | | |
| 04/15/2013 | $9,417.60 | | $9,417.60 | | | | |
| 05/20/2013 | | $5,250.00 | $5,250.00 | | | | |
| 05/28/2013 | $9,144.00 | | $9,144.00 | | | | |
| 06/10/2013 | $8,438.40 | | $8,438.40 | | | | |
| 06/10/2013 | | $5,250.00 | $5,250.00 | | | | |
| 07/15/2013 Wire | | | -$133,057.47 | $133,057.47 | | | |
| 07/18/2013 | | | | -$70,000.00 | →$70,000.00 | | |
| 09/03/2013 Initial Deposit | | | | -$60,000.00 | | →$60,000.00 | |
| 09/03/2013 | | $15,750.00 | | $15,750.00 | | | |
| 09/09/2013 | $11,400.00 | | | $11,400.00 | | | |
| 09/25/2013 | | $11,700.00 | | $11,700.00 | | | |
| 09/27/2013 | | $4,050.00 | | $4,050.00 | | | |
| 10/07/2013 | $9,705.60 | | | $9,705.60 | | | |
| 10/08/2013 | | | | -$30,000.00 | | →$30,000.00 | |
| 09/18/2014 | | $4,800.00 | | $4,800.00 | | | |
| 09/18/2014 | $5,731.20 | | | $5,731.20 | | | |
| 09/22/2014 | | | | -$11,000.00 | | | →$11,000.00 |
| 10/22/2014 | | $20,550.00 | | $20,550.00 | | | |
| 10/22/2014 | $6,580.00 | | | $6,580.00 | | | |
| 10/24/2014 | | | | -$25,000.00 | | →$25,000.00 | |

**MICHAEL KAIL**
**Unix Mercenary, LLC**
**Count 26 - Flow of Funds**

| Date | Netenrich, Inc. | VistaraIT | Unix Mercenary SVB #6623 | Kail SVB #6619 |
|---|---|---|---|---|
| 07/09/2013 | | | $0.00 | |
| 07/12/2013 | $9,547.20 | | $9,547.20 | |
| 08/12/2013 | $9,691.20 | | $9,691.20 | |
| 09/03/2013 | | | -$25,000.00 | $25,000.00 |