UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>                Plaintiff,<br>   v.<br>MICHAEL KAIL,<br>                Defendant. | Case No. 18-cr-00172-BLF-1<br><br>**ORDER STRIKING BRIEF AT ECF 179** |

The Court STRIKES Defendant's brief at ECF 179. At this time, the Government has merely filed notice of its intent to use deposition testimony at trial. *See* ECF 178. There is no pending motion before the Court, and the Court has no intention to rule on this issue at this time. The Court also highlights that this reply brief is improper given that Defendant has already filed a simultaneous opposition brief to the Government's notice. *See* ECF 175.

**IT IS SO ORDERED.**

Dated: March 30, 2021

_____
BETH LABSON FREEMAN
United States District Judge