UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

***E-FILED***
**TIME IN COURT:   Hours 20 Minutes**

## CRIMINAL MINUTES - JURY TRIAL

**Judge:** Beth Labson Freeman            **Courtroom Deputy:** Tiffany Salinas-Harwell
**Date:** 4/27/2021                      **Court Reporter:** Lee-Anne Shortridge
**Case No.:** 5:18-cr-00172-BLF

### CASE TITLE: USA v. MICHAEL KAIL

Attorney(s) for Plaintiff(s): Colin Sampson, Daniel Kaleba
Attorney(s) for Defendant(s): Julia Jayne

### PROCEEDING: Jury Trial

**9:02** – Jury Seated/Call to Order
**9:04** – The Court addresses the Jury regarding deliberations
**9:22** – Jury Begins Deliberations
**9:22** – Discussion held outside the presence of the jury
**9:27** – The Court Recesses for Deliberations
**4:10** – Jury Recesses Deliberations for the Evening

### ORDER AFTER HEARING:

Further Jury Deliberations set for April 27, 2021 at 8:30 am.


///

Tiffany Salinas-Harwell
Courtroom Deputy
Original: **E-Filed**