UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

***E-FILED***
**TIME IN COURT:    Hours   Minutes**

### CRIMINAL MINUTES - JURY TRIAL

**Judge:** Beth Labson Freeman  **Courtroom Deputy:** Tiffany Salinas-Harwell
**Date:** 4/28/2021  **Court Reporter:** Lee-Anne Shortridge
**Case No.:** 5:18-cr-00172-BLF

### CASE TITLE: USA v. MICHAEL KAIL

Attorney(s) for Plaintiff(s): Colin Sampson, Daniel Kaleba
Attorney(s) for Defendant(s): Julia Jayne

### PROCEEDING: Jury Trial

8:30 – Jury Continued Deliberations
5:15 – Jury Recesses Deliberations for the Evening

### ORDER AFTER HEARING:

Further Jury Deliberations set for April 30, 2021 at 8:30 am.

///

*Tiffany Salinas-Harwell*
Tiffany Salinas-Harwell
Courtroom Deputy
Original: **E-Filed**