UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

***E-FILED***
**TIME IN COURT:   3 Hours 20 Minutes**

### CRIMINAL MINUTES - JURY TRIAL

**Judge:** Beth Labson Freeman  **Courtroom Deputy:** Tiffany Salinas-Harwell
**Date:** 4/30/2021  **Court Reporter:** Lee-Anne Shortridge
**Case No.:** 5:18-cr-00172-BLF

### CASE TITLE: USA v. MICHAEL KAIL

Attorney(s) for Plaintiff(s): Colin Sampson, Daniel Kaleba
Attorney(s) for Defendant(s): Julia Jayne

### PROCEEDING: Jury Trial

**8:30 – Jury Continued Deliberations**
**11:25 – Jury Question #2 Received**
**11:35 – Off the Record Discussion with Counsel regarding Jury Question #1**
**12:51 – 1:05 – Call to Order**
  Discussion held on the record outside the presence of the jury regarding Response
  to Jury Question #2
**1:30 – Jury Notifies Court - Verdict Reached**
**1:52 – Jury Seated/Call to Order**
**1:55 – Reading of Verdict**
**2:13 – Jury Polled**
**2:47 – Special Jury Instruction Read**
**3:03 – Government Closing Arguments regarding Special Jury Verdict**
**3:06 – Defense Closing Arguments regarding Special Jury Verdict**
**3:07 – Jury begins Deliberations regarding Special Jury Verdict**
**3:07 – Discussion held outside the presence of the jury**
**3:12 – The Court Recesses for Deliberations**
**3:25 – Jury Notifies Court - Verdict Reached**
**3:39 – Jury Seated/Call to Order**
**3:42 – Reading of Special Verdict**
**3:46 – Jury Released from Service**
**4:26 – Call to Order**
**4:26 – Discussion held regarding post-trial motions and schedule**
**4:39 – Court Adjourned**

### ORDER AFTER HEARING:

**Case Referred to Probation for Preparation of a Pre-Sentencing Report.**

**Motion Hearing set for June 29, 2021 at 10:00 am.**
  **Motion due 5/25/2021**
  **Response due 6/8/2021**
  **Reply to Response due 6/15/2021**

**Sentencing Hearing set for 9/14/2021 at 9:00 am.**

///

*Tiffany Salinas-Harwell*
Courtroom Deputy
Original: **E-Filed**