UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>v.<br><br>MICHAEL KAIL,<br><br>    Defendant. | CR 18-00172 BLF<br><br>SPECIAL VERDICT FORM RE: FORFEITURE |

We, the jury in the above-entitled case, being first duly sworn, find a special verdict as to the following property:

- Real property and improvements at 234 Almendra Drive, Los Gatos, 95030, in Santa Clara County, California, bearing Assessor's Parcel Number 510-14-016.

We, the jury, unanimously find that the property identified above is property involved in the money laundering conviction in Count 24 of the Indictment, a violation of 18 U.S.C. § 1957, or is traceable to such property, and find a nexus between the property and Count 24. We further unanimously find that the property is forfeitable under 18 U.S.C. § 982.

- YES __✗__
- NO _____

DATED: _April 30, 20.21_

_____
PRESIDING JUROR

SPECIAL VERDICT FORM,
CR-18-00172-BLF

1