JULIA M. JAYNE (State Bar No. 202753)
ASHLEY RISER (State Bar No. 320538)
E-Mail: *julia@jaynelawgroup.com*
JAYNE LAW GROUP, P.C.
803 Hearst Avenue
Berkeley, CA 94710
Telephone: (415) 623-3600
Facsimile: (415) 623-3605

Attorneys for Defendant
MICHAEL KAIL

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>MICHAEL KAIL<br><br>    Defendant. | CASE NO. CR 18-00172<br><br>**NOTICE OF CHANGE OF ADDRESS** |

Please note that the address for attorneys Julia Mezhinsky Jayne and Ashley Riser have changed to:

803 Hearst Avenue

Berkeley, CA 94710

DATED: May 3, 2021                    Respectfully submitted,


                                      By:    */s/*
                                             JULIA MEZHINSKY JAYNE
                                             ASHLEY RISER
                                             Attorneys for Defendant
                                             MICHAEL KAIL,