# EXHIBIT C
## (accomplishments)









**Pulse**

AS RECOGNIZED BY PEERS

# Executive of the Month
# November 2020
## Mike D. Kail.
**Executive Technologist**

Recognized for:
Leadership





**DECODE**
483 followers
1yr

Deciding when to join a start up must come from a place of brutal honesty and a question of dedication— not age or net worth. — with **mike d. kail** and **Yousuf Khan**.

#entrepreneurship #conference #startups #tech









Ranked #5: https://www.rise.global/it-leader-power-100

Ranked #53: https://www.engati.com/blog/influencers

Interview: https://www.regalix.tv/asset/the-importance-of-simplicity-in-high-tech-solutions-mike-kail-cto-everest

Engati Interview: https://www.youtube.com/watch?v=6SJMwcWq1ac&list=PL05g56Qg9-goNEUmZlGGPHWfVjQRPpwr4&index=35

Interview: https://catalystsale.libsyn.com/mike-kail

#20 on this list: https://devops.jaxlondon.com/blog/devops-conference/top-20-social-influencers-in-devops-2019/

#8 on this list: https://richtopia.com/inspirational-people/top-100-chief-information-technology-officers/

My Blog: https://medium.com/@mdkail

Article: https://enterprisersproject.com/article/2017/12/20-cios-follow-twitter

Interview: https://siliconangle.com/2017/10/03/fixing-security-insanity-start-early-code-level-says-cybric-cto-thecube-cubeconversation/

Article published: https://qz.com/1074562/distance-running-helped-yahoos-former-cio-get-over-his-imposter-syndrome/

Interview: https://securityboulevard.com/2017/09/security-boulevard-chats-devsecops-thing-w-mike-kail-cybric/

Interview: https://rhinomanproductions.com/the-wave-of-change-episode-014

Also see: https://techbeacon.com/devops/devops-100-do-your-ops-boss-follow-these-top-pros

Contributed to this book: https://www.amazon.com/dp/1789133637