UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| UNITED STATES OF AMERICA, | Case No. 18-cr-00172-BLF-1 |
|---|---|
| Plaintiff, | |
| v. | **ORDER REGARDING OCTOBER 19, 2021 HEARING** |
| MICHAEL KAIL, | |
| Defendant. | |

Due to the excessively long briefing on sentencing issues that the parties filed one week before the October 19, 2021 sentencing hearing, ECF Nos. 269-70, the Court hereby NOTIFIES the parties that the October 19, 2021 hearing will be limited to the forfeiture issues that were separately briefed several weeks ago. ECF Nos. 265-67. The Court will hear the remaining sentencing issues regarding prison sentence, restitution, and fines at a separate hearing, which the Court will set during the October 19, 2021 hearing.

**IT IS SO ORDERED.**

Dated: October 13, 2021

_____
BETH LABSON FREEMAN
United States District Judge