UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

## CRIMINAL MINUTES

**Date:** October 19, 2021    **Time:** 9:23 – 11:53    **Judge:** BETH LABSON FREEMAN

Total Time: 1:56

**Case No.:** 5:18-cr-00172-BLF-1    **Case Name:** UNITED STATES v. Kail

**Attorney for Plaintiff:** Colin Sampson, Christopher Cannon
**Attorney for Defendant:** Julia Jayne

**Deputy Clerk:** Tiffany Salinas-Harwell    **Reported by:** Summer Fisher
**Interpreter:** N/A    **Probation Officer:** Kyle Pollak

## PROCEEDINGS

**SENTENCING HEARING CONVERTED TO HEARING REGARDING FORFEITURE AND RELATED ISSUES.**

Hearing held regarding forfeiture and related issues held.

**CASE CONTINUED TO:** November 15, 2021 at 9:00 a.m. for Sentencing.

///

P/NP: Present, Not Present
C/NC: Custody, Not in Custody
I: Interpreter

                     **Courtroom Deputy**
                     Original E-Filed